FILED
JAN 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## § 2241 HABEAS CORPUS PETITION FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 28 U.S.C. § 2241 OR IN ACTIONS CHALLENGING REMOVAL PROCEEDINGS

Bruce Bernard Townsend, Public Minister

Inmate/Alien # 09879-021

JESUP FCI

2650 HWY 301 SOUTH

JESUP, GEORGIA 31599

(Enter full name of Petitioner, prison number or alien [A] number, if applicable, AND address of place of confinement.)

vs.

WARDEN JOSE VAZQUEZ; B.O.P &

ATTORNEY GENERAL ALBERTO GONZALES,

(Enter name and title of each Respondent. If additional space is required, use the blank area below and directly to the right.)

CASE NUMBER  1:06CV00149

JUDGE: Ricardo M. Urbina

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 01/30/2006

RECEIVED
JAN 0 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## ALL APPLICANTS MUST COMPLETE THIS ENTIRE FORM

### ANSWER ALL OF THE FOLLOWING:

1. This petition concerns (check where applicable):
   - (a). ☐ a conviction
   - (b). ☐ a sentence
   - (c). ☐ prison disciplinary action or other action resulting in lost gain time credits
   - (d). ☐ parole
   - (e). ☐ immigration/removal
   - (f). ☒ other (explain): **INACCURATE RECORDS USED TO DETERMINE CUSTODY & SENTENCE**

2. Provide the following information regarding the conviction(s) and sentence(s) for which you are presently incarcerated:

   (a). Name(s) and location(s) of court: **district court/Savannah Division**

   (b). Case Number(s): **CR498-106**

   (c). Charge(s) for which you were convicted: **CONSPIRACY §841(a)**

   _____(d). What was your plea? (Check one)
   - (1) Not Guilty ☒
   - (2) Guilty ☐
   - (3) Nolo contendere ☐

   (e). Did you appeal from the judgment of conviction?    Yes ☒    No ☐

3. If you did appeal, answer the following:

   (a) Name of Court: **Eleventh Circuit Appeals Court**    Case #:**99-8033**

   (b) Result: **Affirmed conviction and sentence**

   (c) Date of opinion and mandate (citation, if known): **August 15, 2001**

4. Claims that challenge your conviction or imposition of sentence can only be raised by motion under 28 U.S.C. § 2255 unless the § 2255 motion is inadequate or ineffective to test the legality of your detention. If any of the grounds raised above challenge your conviction or sentencing:

   (a) Have you filed a motion under 28 U.S.C. § 2255?
   Yes ☒    No ☐

2

If yes, please provide the results of the proceeding(s) and the relevant date(s): _____

_____

_____

_____

(b). Explain why the remedy under § 2255 was or is inadequate or ineffective: _____

_____**N/A**_____

_____

_____

_____

5. Are you currently represented by counsel in this case or in any other court case?

Yes ☐     No ☒
If yes, please explain: _____**N/A**_____

6. If this case concerns removal proceedings:
   (a) Date of final order of removal: _____**N/A**_____

   (b) Did you file an appeal with the Board of Immigration Appeals?    Yes ☐    No ☐

7. In the spaces below, set forth every ground which supports your claim that you are incarcerated unlawfully. Briefly summarize the specific facts in support of each ground raised. Conclusions that are not supported by specific facts are insufficient. You may attach additional pages if necessary to raise additional grounds or provide additional facts. Do not cite any law in your statement of facts.

(a). Ground one: **The B.O.P is making determination on inaccurate information for duration of sentence and custody.**

_____

_____

_____Supporting FACTS (state *briefly* without citing cases or law): _____

**(see Memorandum attached)**

_____

_____

_____

Exhaustion:
[1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
   Yes ☒   No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:

**The B.O.P denied grievance without claiming records/information was correct. (BP-9, BP-10, and BP-11 have been filed)**

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals?
   Yes ☐   No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

___(b). Ground two: _____**N/A**_____

_____Supporting FACTS (state *briefly* without citing cases or law): _____

_____ Exhaustion:
[1] - Have you presented ground two to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?   **N/A**
   Yes ☐   No ☐

4

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:

**N/A**

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground two to the Board of Immigration Appeals?
Yes ☐   No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

**N/A**

(c). Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

**N/A**

_____ Exhaustion:
[1] - Have you presented ground three to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
Yes ☐   No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:

**N/A**

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground three to the Board of Immigration Appeals?
Yes ☐   No ☐     **N/A**

If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

_____**N/A**_____

(d). Ground four: _____

_____**N/A**_____

_____

_____

_____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____**N/A**_____

_____

_____

_____

Exhaustion:
[1] - Have you presented ground four to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
    Yes ☐  No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:

_____**N/A**_____

_____

_____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground four to the Board of Immigration Appeals?
    Yes ☐  No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

_____**N/A**_____

_____

8. WHEREFORE, based upon the grounds raised above, Petitioner prays that the court will grant the following relief: __To remove inaccurate information/records from being used to make determination of sentence and of custody. To order a correction of records and the releasing of Petitioner from a VOID custody. In the event of the continuous violation of the Privacy Act the granting of relief for the amount of $209,000.00.__

## DECLARATION

I declare under penalty of perjury that I have read the above and the information contained herein is true and correct.

12/01/05
(Date)

Signature of Petitioner [UCC§1-207]

## IF MAILED BY PRISONER:

I declare or state under penalty of perjury that this petition was (check one):
☐ delivered to prison officials for mailing,  or  ☒ deposited in the prison's internal mail system on:
___12/16/05___ (date).

Signature of Petitioner [U.D.] [UCC§1-207]

Revised 07/02

7