IN THE
district court OF THE UNITED STATES
OF AMERICA
18 USC§3231

## VENUE ARTICLE III COURT

BRUCE BERNARD TOWNSEND
28USC§1441

Bruce Bernard Townsend
Petitioner persona

-VS-

WARDEN JOSE VAZQUEZ;
& ATTORNEY GENERAL ALBERTO GONZALES

MOTION PURSUANT TO ARTICLE III,SEC.2,CL.1
AND ARTICLE I,§9,CL.2

06 0149

**FILED**

JAN 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JURISDICTION

Jurisdiction is squarely foundated in Article I,§9,cl.2 "Suspension Clause" the Common Law Writ preserved in the Constitution. Thus requiring venue in an Article III court.

> "All [parties] agree that, absent suspension, the Writ of habeas corpus shall not be suspended, unless when in Cases of Rebillion or Invasion..."

(see Act of Mar. 3,1863,ch. 81,§1,12 Stat.755)

IN THE
district court OF THE UNITED STATES
OF AMERICA
18 USC§3231

<u>Bruce Bernard Townsend,Public
Minister,Propria Persona</u>
        Petitioner,

-vs-

Warden JOSE VAZQUEZ;
ATTORNEY GENERAL ALBERTO
GONZALES;
        DEFENDANTS,     /

CV_____

MEMORANDUM OF LAW
PURSUANT TO ARTICLE III,SEC.2,CL.1
AND ARTICLE I,§9,CL.2

    Petitioner <u>Bruce Bernard Townsend</u> comes now pro se' pursuant to ArticleI,§9,cl.2 and ArticleIII, sec.2,cl.1 "Injury Infact" Complaint.

    Petitioner <u>Bruce Bernard Townsend</u>, comes now before this Honorable Court in complaint after exhausting remedies to the Federal Bureau of Prisons, WARDEN JOSE VAZQUEZ, AND ATTORNEY GENERAL ALBERTO GONZALES. (see 18USC§4041) Petitioner has filed notifying the custodian parties that determination of the duration of [his] sentence is based on inaccurate information and to execute [his] sentence in this manner is unconstitutional for their determination of the duration is null and void.

    Petitioner <u>Bruce Bernard Townsend</u> finds it imperative to first squarely foundate that this is not a motion to vacate,set aside or correct sentence, this is a complaint on the manner it is being <u>executed</u>. Petitioner's complaint thereby can not be addressed with the holdings of §2244. This Court has jurisdiction to resolve this complaint as pursuant to the First Amendment: "Congress shall make no law prohibiting the free exercise to petition the Government for a redress of grievances" and Article I§9,cl.2. Pursuant to Article III,sec.2,cl.1 controversy must be resolved.

ii

Petitioner will set an example of why this claim shall be allowed before this Court,"""had Petitioner exhausted remedies contesting the B.O.P's unjurisdictional collection of [his] fine or inaccurate calculation of the amount and filed a motion of this nature to contest the determination that B.O.P has made to collect fine this Court would of allowed it to proceed without no question of collateral attack or jurisdiction other than the PLRA. """**For Congress has never intended to legislate any statue to withhold an prisoners right to grievances.** For Congress can not legislate against the Constitution of the uNITED STATES OF AMERICA. Thereby showing authority for this Court to accept the jurisdiction of this Complaint. For to attack the collection of a fine is the same as the execution of the determination of the duration, for both are execution of sentence and in both they have determined jurisdiction to act on an inaccurate record or claim.

### NOTIFICATION OF INACCURATE INFORMATION

Petitioner filed notification to the Warden informing him/her that B.O.P's records were inaccurate and the computation of [his] sentence is incorrect. Petitioner asserts that as pursuant to Sellers v. B.O.P, the B.O.P must maintain accurate records and once notified by an inmate that the record is incorrect the B.O.P should begin a determination if the record is correct. **Should records be accurate?** Just as in instances when an inmate files that the B.O.P records do not reflect the computation of the credited time he spent in the county jail custody. Being that [his] Judge intended for him to receive this credit time. An complaint of this nature is always accepted after exhausting remedies,for the

accuracy of the record is highly important for upon it duration is determined as well as jurisdiction for custody. The B.O.P has the responsibility of administering sentences and the Bureau in order to fulfill this duty they[B.O.P/Attorney General] must know how much of a sentence that a defendant has left to serve as pursuant to §3585(b). The B.O.P also has legal duty to inform the Attorney General that a computation is incorrect or records are inaccurate and should motion to be correct.(Ponzi v. Fessenden, 66 L.Ed 2d 607)

    Petitioner Bruce Bernard Townsend asserts that the B.O.P has based its determination of duration of [his] sentence on inaccurate information. The B.O.P possess documentation that states the Judge of [his] sentencing court had jurisdiction to implement the entirety of[his] sentence. The judgement of commitment reflects information saying it is issued in align with the Constitution of the uNITED STATES. This information is inaccurate and the determination of the duration of his sentence can not be based upon inaccurate information/records. Thereby being that the ATTORNEY GENERAL GONZALES is legal custodian [he] is hereby bound by the Constitution to petition the Court to correct the information or determination of sentence can not be based upon this inaccurate record.(see 18USC§3742) This brings this complaint to the second ground of grievance.

## JURISDICTIONAL DEFECT

    Upon the inaccurate information/records the B.O.P has acquired jurisdiction to hold Plaintiff in custody for a duration of time. Being that the record is inaccurate their jurisdiction is **null and void** and to execute this sentence of Plaintiff is unconstitutional.

(2)

Congress does not have the legislative authority to supersede the Constitution. Congress has legislated the Attorney General as the legal custodian and through this the B.O.P administers sentences.(see 18USC§4001) The legislative authority of this was upon a Constitutional administering of sentence. For Congress has never had the intent for the B.O.P to be executing/administering unconstitutional sentences. Petitioner asserts that Congress can not legislate anything in conflict with the Constitution or prohibit the Constitutional guarantees. Thereby confirming Congress's intent not to legislate unconstitutional acts of administrative agencies. Congress has legislated that inmates/Petitioner be turned over to custody of Attorney General after a duly constitutional conviction and sentence, thus granting jurisdiction to punish/confine as pursuant to the 13th Amendment. Jurisdiction to transfer Petitioner to custody of the B.O.P pass the date of **8/19/98** is based on inaccurate information. Their documents such as judgement of commitment and so forth have informed them that the Sentencing Judge had jurisdiction to sentence Petitioner to the entirety of this sentence. This is inaccurate information/records thereby the B.O.P/Attorney General do not have jurisdiction for custody. Where there is no jurisdiction, jurisdiction can not be transferred. Their documentations for this custody to be constitutional is what Petitioner has filed BP-9,BP-10,BP-11 on. Thus notifying them to execute Petitioner's sentence on inaccurate information or make a determination of duration on this violates the Constitution. No person shall be held in violation of the Constitution. Can the B.O.P uphold custody on an inaccurate record of jurisdiction?

(3)

## TO EXECUTE SENTENCE IS A VIOLATION OF THE CONSTITUTION

The enumeration in the Constitution, or certain rights, shall not be construed to deny or disparage others retained by the people-----9th Amendment. Congress's power to enforce appropriate legislation, can not be construed to deny the 6th Amendment or 14th Amendment to equal protection of the laws.

The Framers of the Federal Constitution did not merely advocate the hope of a Constitution but said it <u>shall</u> be the Supreme Law of the Land and all Laws shall be made pursuance thereof.(ArticleVI,cl.2,3) For this reason Petitioner has held Congress's intent was never to allow unconstitutional sentences to be served, for they do not have the authority to over ride the Supreme Law of the Land. <u>Williams v. Rhodes</u>,21L.Ed2d at 30 "Specific Powers granted by Constitution to Congress to legislate in certain areas are subject to limitation that powers may not be exercised in a way that violates other specific provisions of the Constitution". So when Petitioner raised that computation or determination of duration of sentence was on inaccurate information giving false jurisdiction to custodians, the <u>Attorney General/B.O.P were obligated to either prove information was not false or petition the Court to inform that to continue custody of Petitioner, custody must be conferred to them upon an accurate and true Bill of Constitutional Judgement of Comittment. That will verify jurisdiction to sentence and to custody.</u>

Sentencing Judge exceeded his Constitutional authority in sentencing pass his jurisdiction and the B.O.P records hold that sentence is constittutional their records are inaccurate. Being that Jurisdiction is a question all in its self the B.O.P is called to verify if its records are accurate and being that they are not to execute this sentence violates the COnstitution.

To carry out the execution of Petitioner's sentence in this manner. <u>Meaning</u> in the manner of determining duration upon a unconstitutional judgement of commitment or inaccurate information of jurisdiction violates the Federal Constitution. **Even in addressing this in lexi loci contractus their contract is of fraudulent claim and for the transfer of chattel legal possession must be .** Or even if chattel is taken as a debtor its transfer can not still be without a true Bill served upon the Secure party.  For this was set even in the Chandler Act a Federal Act of 1938 making major amendments to Bankruptcy Act(11 USCA). Even in the Uniform Commercial Codes the definition in the Code, <u>agreement</u> means the bargain of the parties in fact as found in their language or by implication from other circumstances including course of dealing or usage of trade or course of perfromance. Whether an agreement has <u>legal</u> consequences is determine by the provisions of the Code, if applicable otherwise by the law of contracts. Contract means total legal obligation. **Their by this complaint has standing in the contract of the transfer of his custody.** Just as in the holdings of "Bill of Lading" or a receipt of goods, Petitioner moves that their Bill of holdings is upon a inaccurate record/false contract. Petitioner has informed the Attorney General/B.O.P that the determination/computation was base on the jurisdictional defect or inaccurate information and the portion of his sentence that is left is definitely null and void. Thereby to uphold the administering/execution of this sentence [false contract] violates the Constitution and the standing of Commercial Codes of Contracts.

(5)

There is nothing in the administration procedures of the B.O.P/ Attorney General that states once notified of an unconstitutional or violation of Constitutional jurisdiction they are without power to act or should not petition for release. Thereby it can only be held that failure to act was a personal decision that had nothing to do with official position. For no Administrative Agency created by Congress can act repugnant to the Constitution. Petitioner assert Marbury v. Madison, 5 U.S. 137, 174 stating :"""All laws which are repugnant to the Constitution are null and void"""....

For this reason the Civil Liability for monetary award for everyday held in custody upon a null and void sentence is/and was served upon Warden JOSE VAZQUEZ and Attorney General ALBERTO GONZALES. Petitioner moves that after the notification was given by the BP-9 and the 20 day response period completed the filing of the BP-10 began the calculation of a $1,000.00 a day for illegal holding of Petitioner everyday after. To this date it is now for the sum of $209,000.00 that should be awarded. The Attorney General/B.O.P have given no reason for failure to act. Infact they have waived all rights to contest the claim of jurisdiction being based on inaccurate records.

Petitioner hereby asserts that based on Congress intent, which has been discussed in Booker & Fanfan when the Justices all held that Congress never intended for the incarceration of inmates inviolation of the Sixth Amendment. But in light of this instant argument/case the Court is called to examine the complaint of is the B.O.P's records of jurisdiction to execute this custody based on **inaccurate information/record**

(6)

and was it Congress's <u>intent</u> to withhold such a claim or hold inmates unconstitutionally.

Petitioner asserts that unless the Attorney General can prove that determination of duration of sentence and jurisdiction to execute is not upon inaccurate information Petitioner should here and now be immediately released from a **null and void custody.**

Petitioner asserts that this Court has three elements of public concern it must consider.(1) Public respect for the constitutional running of the Judicial and F.B.O.P.(2) The B.O.P suffers now from over-crowding and if inmates are being held unconstitutionally this can resolve crowding.(3) The B.O.P is suffering from budgetary restraint which can be resolved from the removal of unconstitutional custody of inmates/Petitioner being set free from illegal custody. Thus taking the burden off the tax payers of the United States of America.

Petitioner hereby invokes that the budget must be deducted of the cost for housing him. For the Treasury of the UNited States of America can not be spent to violate the Constitution. An Order should be made for the deductment of the annual cost for housing Petitioner be removed from the B.O.P budget. For 18USC§4007 states that expenses shall be paid out the Treasury of the United State when a person is arrested or committed under laws of the uNITED STATES as well as upon the execution of any sentence of a court respecting them. Being that **Petitioner's custody is inviolation of the Laws of the United States the Treasury can <u>not</u> pay expenses.**

## JUDICIAL REVIEW PURSUANT TO ARTICLEIII,SEC.2,CL.1

Petitioner comes now pursuant to ArticleIII,sec.2,cl.1 pursuant to **Injury Infact and threat of future harm. Let this standard govern the scales of justice and equity.**

An Act of Congress providing that courts of a particular territory "shall moreover have and exercise the same jurisdiction within its limits, in all cases arising under the laws and Constitution of the United States," dose not give to such courts admiralty and maritime jurisdiction; and by declaring that "the judicial power shall extend to all cases in law and equity, arising under this Constitution , the laws of the United States and treaties made,or which shall be made,under their authority;to all cases affecting ambassadors,other public ministers,and consuls;to all cases of admiralty and maritime jurisdiction", the Constitution contemplates three distinct classes of cases, and granting jurisdiction over one of them does not confer jurisdiction over either of the two. True limits of admiralty and maritime jurisdiction can only be ascertained by refrences to what cases were cognizable in the maritime courts when the Constitution was formed, so that whatever was reserved to the states,to be regulated by their own institutions,cannot be rightfully infringed by the general government,either through legislative or judiciary department.

Being that this complaint is upon a Lex Loci Contractus and Petitioner holds that inaccurate records have forged a illegal contract that holds Petitioner as a debtor. The execution of this debt upon Petitioner is construed in the form of a sentence and is a genuine threat of future harm. Thus showing a case of controversy. The B.O.P has contracted a the Custody of Petitioner on false and inaccurate record/information. This Custody being established by what the B.O.P

(8)

terms as statutory allowed through an Act of Congress. Thereby on the challenge of accuracy of record binding Petitioner to this contract of custody, Petitioner challenges contending that legislative authority is being used upon false records. Causing Petitioner the injury of lost life and liberty an unalienable right. The B.O.P /Attorney General **ALBERTO GONZALES** are acting upon a Judicial transfer of jurisdictionally authority where the Judicial transfer was without jurisdiction. Being that their documents say the transfer was jurisdictionally empowered show they are establishing this Custody on inaccurate records or a false contract of custody.

    The question of false documents and jurisdiction makes this a CASE for judicial resolve. A "case" arises within meaning of this clause Article III,sec2,cl1 pertaining to the judicial power of the United States, when any question respecting the Constitution, treaties or laws of the United States has assumed such form that the judicial power is capable of acting on it, and there must be actual controversy. Judicial duty is determine what the law is. Can jurisdiction be transferred where their is no jurisdiction? Requesting the Custodian to produce a true Bill of Debt and failure on their part is now petitioned to this Court to award Petitioner relief.

    Judicial role to uphold the Constitution by seeing that powers are not unlawfully vested in administrative agencies and to maintain the constitutional, statutory, and <u>common-law</u> rights of persons by seeing that powers lawfully vested in administrative agencies are lawfully exercised without undue extension by the administrative agency of its own powers or invasion of the powers of the judiciary or another administrative agency.

## CONCLUSION

Petitioner has squarely come before this Court after exhausting remedies upon the B.O.P's executing and determination of duration of sentence and custody upon <u>inaccurate information</u>. As held the B.O.P has records that they hold has <u>granted</u> them custody stating this judgement of committment is align with **Congress Intent** and that as will be defined here as **Federal Judicial Jurisdiction**.

In the measure of Congress Intent it must be first taken into account that when Congress gave the Supreme Court the power, pursuant to 28USC§2072(a), to prescribe general rules of practice and procedures and rules of evidence for case in the United States District Courts (including proceedings before magistrate thereof), "Congress also gave the Supreme Court the power to repeal all legislation contrary to the said rule, pursuant to 28USC§2072(b), to wit:

> "(b) Such Rules shall not abridge, enlarge, or modify any substantial right. <u>All laws in conflict with such rules shall be of no further force or effect after such rules have taken effect</u>".28USC§2072(b)(Emphasis added)

From a simple reading of the Federal Rules of Criminal Procedure, it will be obvious that the Supreme Court has repealed all legislation which is to be litigated in the United States District Courts for any and all acts or conduct occurring outside the territory over which Congress has exclusive legislative jurisdiction, hence the moniker "gate keeper" as herein."Rule 1. Application and Exception.
> (a) Courts, These rules apply to all criminal proceedings in the <u>United States District Courts...</u>"(emphasis added)

The only legislation,"acts of Congress," recognized by the F.R.Cr.P to be prosecutable in said territorial Tribunal/District Courts are those acts which have application within the territory over which Congress possess <u>exclusive jurisdiction</u>. Thus Petitioner's custody was given to the B.O.P where there was no jurisdiction.

(10)

For as held in the language Congress chose Federal Judicial jurisdiction did not exist. It was **void,** but the B.O.P records reflect inaccurrate information by stating it was not **void.**(see 21USC§801,21Usc§801(5), 21USC§802(26),21USC§802(28)) (see Gregory v. Aschroft,111L.Ed2d410) The Court and Agents went **beyond their jurisdiction** and outside Congress Intent.(see U.S. v. Steele,147 F.3d 1316"**on language of Congress**")

Thus the B.O.P determination for jurisdiction of custody is based on inaccurate information, that can only beheld to be willfully now since Petitioner has given notice in BP-9, BP-10, and BP-11. As held in the **Privacy Act** an agency must maintain accurate records. The adverse determination and effect is Petitioner being held in a void custody/jurisdiction.

In second point of this conclusion is even in the event that this Court would want to allow to allow the void custody to stand, it must be also recognized that upon inaccurate information/ inaccurate records the B.O.P is making the determination for duration of sentence upon records that states the Judge had jurisdiction to sentence this Petitioner for the drug amounts not found beyond a reasonable doubt. The B.O.P's records hold this sentence is constitutional. THus showing the B.O.P's records are **inaccurate** **and they are basing a determination of duration of sentence on** this excess of jurisdiction/inacurate records.

("Courts are constituted by authority and they can not go **beyond that power delegated to them.If they act beyond that authority** **and certainly in contravention of it their judgements and orders** **are regarded as nullities;they are not voidable,**but simply void, and even prior to reversal."Williamson v. Berry,12L.ED 1170,1189(1850))

("The law requires proof of jurisdiction to appear on the

(110

record of the administrative agency and all administrative proceedings." Hagans v. Lavine, 415 U.S. 533)

    Petitioner concludes that once jurisdiction is challenged it can not be assumed and must be proven. The B.O.P has assumed its custody upon inaccurate records/information which must be corrected for it is having an adverse affect on this Petitioner.

    Petitioner moves this Court to this issue to Order that the B.O.P can not maintain inaccurate records and that custody is based on a void jurisdiction as well as the determination of duration of sentence. THus releasing this Petitioner from custody for a void judgement can never acquire validity through laches. The Privacy Act 5§552 and (APA)5§551 have <u>granted</u> review to this Court.(see <u>Timmereck</u>,60L.ED 2d 634)"[The prisoner] must show that his continued custody is a violation of the Constitution".
(see also <u>18§3626</u>)


Squarely submitted this ___1st___ day of ___December___,200<u>5</u>


<u>12/01/05</u>                                          /S/ [signature]
date

Petitioner **Bruce Bernard Townsend** moves for this motion to be tried liberally as pursuant to <u>Haines v. Kerner</u>.

Squarely submitted this __01__ day of _____, 2005

### ACTUAL AND CONSTRUCTIVE NOTICE CERTIFICATION

I, **Bruce Bernard Townsend, 22§252** certify that I have mailed a copy of this foregoing motion to Attorney General ALBERTO GONZALES as actual notification or maybe construed as constructive notice. Infact notification has now been served upon the Attorney General three prior times. In all standings of law silence is equated with fraud. Let this serve as the last notification.

12/01/05
Date

[UCC§1-207,3-419,3-403]
JESUP FCI/09879-021
JESUP, GEORGIA [31599] USA

(10)

Regional Administrative Remedy Appeal No. 379584-R1
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted July 25, 2005. You state your sentence computation is incorrect and based on inaccurate information. It is also your claim executing the sentence is in violation of the U. S. Constitution requiring you to serve a null and void sentence. You request the sentence computation be removed and you be immediately released and compensated in the amount of $1000.00 a day for each day you are held illegally.

Records indicate you were sentenced on January 28, 1999, in the Southern District of Georgia, to a term of 140 months for Conspiracy To Possess With Intent To Distribute And To Distribute Cocaine Hydrochloride And Crack Cocaine. The sentence commenced upon imposition.

The Bureau of Prisons has no authority concerning the conviction and sentencing of an individual by the United States District Courts. It is the responsibility of the Bureau of Prisons to execute the Judgement and Commitment Order issued by the court and to ensure the sentence of imprisonment is satisfied within applicable federal statutes. The relief you request must be granted by the sentencing court. Additionally, the Administrative Remedy Program is not the forum for relief when seeking monetary compensation. You must initiate procedures set forth by the Administrative Tort Claims Act.

Your Regional Administrative Remedy Appeal is denied. If dissatisfied with this response, you may appeal to the Office of General Counsel, 320 First Street, NW, Washington, D.C. 20534. Your appeal must be received in the Office of General Counsel within 30 calendar days of the date of this response.

8-19-05
Date

Regional Director, SERO