**FILED**

JAN 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

<u>Bruce Bernard Townsend, sui juris</u>

(Plaintiff or Petitioner)

**06 0149**

v.

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

<u>WARDEN JOSE VAZQUEZ; B.O.P &</u>
<u>ATTORNEY GENERAL ALBERTO GONZALES</u>

(Defendant(s) or Respondent(s))

I, <u>Bruce Bernard Townsend, Public Minister</u>, declare that I am the plaintiff or petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor; and that I believe I am entitled to redress.

I make this application with the understanding that I am liable under 28 U.S.C. § 1915 for the full payment of all fees and costs imposed in this action, that such charges will be collected from my prison account in installments, and that any unpaid fees and costs will constitute a debt not dischargeable in bankruptcy.

1. Are you presently employed?    Yes **X**    No _____

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. **$5.00 per month**
      <u>Bureau of Prisons/Jesup F.C.I 2650 Hwy 301, Jesup Georgia 31599</u>

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.
      <u>     N/A     </u>

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or form of self-employment?    Yes ___ No **X**

   b. Rent payments, interest, or dividends?               Yes ___ No **X**

   c. Pensions, annuities, or life insurance payments?     Yes ___ No **X**

   d. Gifts or inheritances?                               Yes **X** No ___

   e. Any other sources?                                   Yes ___ No **X**

**RECEIVED**

JAN 0 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

**A gift from my family and religious Churchical Order. For the amount of $200.00**

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☐   No ☒   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   **N/A**

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐   No ☒

   If the answer is "yes," describe the property and state its approximate value.

   **N/A**

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   **Joshua Townsend, Elijah Marble, Issac Marble, Johnathan Marble, Trinity Gray. These are my sons and my daughter and I contribute when I receive a substantial gift. Other than that my family assist them.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/01/05                    [signature] (True Name)(U.D)
              (Date)                          Signature of Applicant

---

### CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 10.00 on account to his credit at the Federal Correctional Institution, Jesup, GA. institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: 0

I further certify that during the last six months the applicant's average balance was $ 25.43

                    [signature], Case Manager
                    Authorized Officer of Institution

---

### ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____ United States Judge    Date | _____ United States Judge    Date or Magistrate |

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $187.38
Last Sales Date: 11/16/2005 5:02:35 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $340.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $340.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:

06 0149
**FILED**

JAN 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 09879021 | Current Institution: | Jesup FCI |
| Inmate Name: | TOWNSEND, BRUCE | Housing Unit: | D |
| Report Date: | 12/01/2005 | Living Quarters: | C03-309U |
| Report Time: | 7:55:21 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6706 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 2/6/2002 |
| Local Account Activation Date: | 2/20/2003 8:15:28 AM |
| Sort Codes: | |
| Last Account Update: | 12/1/2005 2:07:55 AM |
| Account Status: | Active |
| ITS Balance: | $0.20 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $10.00 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $10.00 |
| National 6 Months Deposits: | $372.20 |
| National 6 Months Withdrawals: | $362.25 |
| National 6 Months Avg Daily Balance: | $25.43 |
| Local Max. Balance - Prev. 30 Days: | $85.00 |
| Average Balance - Prev. 30 Days: | $27.62 |