**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BRUCE B. TOWNSEND<br>#09879-021<br>Jesup FCI<br>2650 Highway 301 South<br>Jesup, GA 31599<br><br>            Plaintiff,<br><br>     v.<br><br>WARDEN JOSE VASQUEZ,<br><br>and<br><br>BUREAU OF PRISONS,<br><br>and<br><br>ATTORNEY GENERAL<br>ALBERTO GONZALES,<br><br>            Defendants. | Civil Action No. 06-0149 (RMU) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
CLAIRE WHITAKER, Bar #354530
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C.  20530
(202)514-7137

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this _____ day of March, 2006, that a copy of the foregoing was served by First-Class mail; postage prepaid to:

BRUCE B. TOWNSEND
#09879-021
Jesup FCI
2650 Highway 301 South
Jesup, GA 31599

                                                _____/s/_____
                                                CLAIRE WHITAKER
                                                Assistant United States Attorney
                                                555 Fourth Street, N.W.
                                                Civil Division
                                                Washington, D.C.  20530
                                                (202)514-7137