```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

BRUCE BERNARD TOWNSEND,         )
                                )
         Plaintiff,             )
                                )
    v.                          ) Civil Action No. 06-0149 RMU
                                )
WARDEN JOSE VASQUEZ, et al.,    )
                                )
         Defendants.            )
_____)

                              ORDER
```

Upon consideration of defendants motion for protective order, plaintiff's opposition and defendants' reply, and for good cause shown, it is this _____ day of _____,

ORDERED, that said motion is granted. Discovery will be stayed pending further order of this Court.

```
                              _____
                              UNITED STATES DISTRICT COURT
```

Copies:

Bruce Bernard Townsend
#09879-021
Jesup FCI
2650 HWY 301 South
Jesup, GA 31599

Claire Whitaker
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530