# Attachment A

APPEAL, CLOSED

# U.S. District Court
## Southern District of Georgia (Savannah)
## CRIMINAL DOCKET FOR CASE #: 4:98-cr-00106-BAE-4

| | |
|---|---|
| Case title: USA v. Anderson | Date Filed: 09/04/1998 |
| Magistrate judge case number: 4:98-mj-00039 | |

Assigned to: Judge B. Avant Edenfield

**Defendant**

**Bruce Townsend** (4)　　　　　　　　　　　represented by **Julian H. Toporek**
*TERMINATED: 02/04/1999*　　　　　　　　　　　　　　　　221 W. York St.
*also known as*　　　　　　　　　　　　　　　　　　　　Savannah, GA 31401
"Buzi" (4)　　　　　　　　　　　　　　　　　　　　　912/236-4666
*also known as*　　　　　　　　　　　　　　　　　　　　Fax: 912/236-0105(fax)
"Ox" (4)　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 02/04/1999*
*also known as*　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
"Lazarus Nazari" (4)　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　　*Designation: CJA Appointment*

**Pending Counts**　　　　　　　　　　　　　　　　**Disposition**

21:846 - Conspiracy to Possess with　　　　　　　Special assessment of $100 due
Intent to Distribute and to Distribute　　　　　　immediately; deft is committed to the
Cocaine　　　　　　　　　　　　　　　　　　　BOP for a period of 140 mos; deft will
(1)　　　　　　　　　　　　　　　　　　　　　serve a term of supervised release of 5
　　　　　　　　　　　　　　　　　　　　　　　yrs

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**　　　　　　　　　　　　　　**Disposition**

21:841 NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE
(7)

21:841 NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE
(8)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                    **Disposition**
None

---

**surety**
**Betty Williams**

---

**Plaintiff**
**United States of America**                represented by   **Joseph D. Newman**
                                                              U.S. Attorney's Office
                                                              P.O. Box 8970
                                                              Savannah, GA 31412
                                                              912/652-4422
                                                              Fax: 912/652-4388(fax)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/1998 | 1 | COMPLAINT as to Vincent Anderson, Bernard O. Williams, Herman Felix Williams, Jamaal Chisholm, Rodney Anderson, Leonard Anderson, Rafeal Bowens, Isaac Martin III, Jody Martin, Damion White, Bruce Townsend, Antonio Sams, Mark Martin, George Wiggins ****COMBINED "M" CASE NUMBERS 98-040 THRU 98-048 AND 98-051 THUR 98-054 INTO THIS CASE FOR EASE OF MERGING ONCE THE INDICTMENT IS RETURNED**** [ 4:98-m -39 ] (sfb) Modified on 08/18/1998 (Entered: 08/18/1998) |
| 08/18/1998 |   | ARREST WARRANT issued as to Vincent Anderson, Bernard O. Williams, Herman Felix Williams, Jamaal Chisholm, Rodney Anderson, Leonard Anderson, Rafeal Bowens, Isaac Martin III, Jody Martin, Damion White, Bruce Townsend, Antonio Sams, Mark Martin, George Wiggins [ 4:98-m -39 ] (sfb) (Entered: 08/18/1998) |
| 08/19/1998 | 4 | CJA 23 FINANCIAL AFFIDAVIT by Bruce Townsend [ 4:98-m -39 ] (sfb) (Entered: 08/19/1998) |
| 08/19/1998 | 17 | ARREST WARRANT Returned Executed as to Bruce Townsend on 8/19/98 [ 4:98-m -39 ] (sfb) (Entered: 08/19/1998) |
| 08/19/1998 |   | Initial appearance as to Vincent Anderson, Bernard O. Williams, Herman Felix Williams, Rodney Anderson, Leonard Anderson, Jody Martin, Damion White, Bruce Townsend, Mark Martin held (Defendant informed of rights.) [ 4:98-m -39 ] (sfb) (Entered: 08/19/1998) |
| 08/19/1998 |   | Bond hearing as to Vincent Anderson, Bernard O. Williams, Herman Felix Williams, Rodney Anderson, Leonard Anderson, Jody Martin, Damion White, Bruce Townsend, Mark Martin held [ 4:98-m -39 ] (sfb) |

| | | |
|---|---|---|
| | | (Entered: 08/19/1998) |
| 08/19/1998 | | ARREST of Vincent Anderson, Bernard O. Williams, Herman Felix Williams, Rodney Anderson, Leonard Anderson, Jody Martin, Damion White, Bruce Townsend, Mark Martin [ 4:98-m -39 ] (sfb) (Entered: 08/20/1998) |
| 08/21/1998 | 40 | CJA 20 as to Bruce Townsend : Appointment of Attorney Julian H. Toporek Voucher # 0840522 ( Signed by Magistrate Judge G. R. Smith ) [ 4:98-m -39 ] (sfb) (Entered: 08/21/1998) |
| 08/24/1998 | | Preliminary Hearing as to Vincent Anderson, Bernard O. Williams, Herman Felix Williams, Jamaal Chisholm, Rodney Anderson, Leonard Anderson, Jody Martin, Damion White, Bruce Townsend, Antonio Sams, Mark Martin held [ 4:98-m -39 ] (sfb) (Entered: 08/24/1998) |
| 08/24/1998 | | Detention hearing as to Bernard O. Williams, Bruce Townsend, Mark Martin held; Court orders that Bernard Williams and Mark Martin be detained pending trial and that Bruce Townsend may be release on a $50,000.00 fully secured bond [ 4:98-m -39 ] (sfb) (Entered: 08/24/1998) |
| 09/03/1998 | 60 | MOTION by Bruce Townsend to Amend the conditions of pretrial release with brief in support. [ 4:98-m -39 ] (sfb) (Entered: 09/03/1998) |
| 09/04/1998 | 62 | INDICTMENT as to Rafeal Dewitt Bowens (1) count(s) 1, 4, 5, 6, Herman Felix Williams (2) count(s) 1, 9, Bernard Duane Williams (3) count(s) 1, 18, 25, Bruce Townsend (4) count(s) 1, 7, 8, Mark Elliott Martin (5) count(s) 1, 14, 16, Antonio Vermont Sams (6) count(s) 1, 13, 15, Jody Martin (7) count(s) 1, 17, 20, Damion Toriano White (8) count(s) 1, 22, Jamaal Alonzo Chisholm (9) count(s) 1, 12, 19, 23, 24, Leonard Torres Anderson (10) count(s) 1, 2, 3, Isaac Martin (11) count(s) 1, 10, 11, Donald George Wiggins (12) count(s) 1, 19, 21, 23, 24, Vincent Bernard Anderson (13) count(s) 1, 4, 5, 21, Rodney T. Anderson (14) count(s) 1, 4 (lsg) (Entered: 09/08/1998) |
| 09/04/1998 | 63 | Penalty Certification by USA as to Rafeal Dewitt Bowens, Herman Felix Williams, Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin, Antonio Vermont Sams, Jody Martin, Damion Toriano White, Jamaal Alonzo Chisholm, Leonard Torres Anderson, Isaac Martin III, Donald George Wiggins, Vincent Bernard Anderson, Rodney T. Anderson (lsg) (Entered: 09/08/1998) |
| 09/04/1998 | 65 | RESPONSE by USA as to Bruce Townsend re [60-1] motion to Amend the conditions of pretrial release (lsg) (Entered: 09/08/1998) |
| 09/16/1998 | | Arraignment as to Rafeal Dewitt Bowens, Herman Felix Williams, Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin, Antonio Vermont Sams, Jody Martin, Damion Toriano White, Jamaal Alonzo Chisholm, Leonard Torres Anderson, Isaac Martin III, Donald George Wiggins, Vincent Bernard Anderson, Rodney T. Anderson held Not guilty plea entered. (sfb) (Entered: 09/16/1998) |
| 09/16/1998 | | PLEA entered by Rafeal Dewitt Bowens, Herman Felix Williams, |

|  |  |  |
|---|---|---|
|  |  | Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin, Antonio Vermont Sams, Jody Martin, Damion Toriano White, Jamaal Alonzo Chisholm, Leonard Torres Anderson, Isaac Martin III, Donald George Wiggins, Vincent Bernard Anderson, Rodney T. Anderson . Court accepts plea. Not Guilty: Rafeal Dewitt Bowens (1) count(s) 1, 4, 5, 6, Herman Felix Williams (2) count(s) cmp, 1, 9, Bernard Duane Williams (3) count(s) 1, 18, 25, Bruce Townsend (4) count(s) 1, 7, 8, Mark Elliott Martin (5) count(s) 1, 14, 16, Antonio Vermont Sams (6) count(s) 1, 13, 15, Jody Martin (7) count(s) 1, 17, 20, Damion Toriano White (8) count(s) 1, 22, Jamaal Alonzo Chisholm (9) count(s) 1, 12, 19, 23, 24, Leonard Torres Anderson (10) count(s) 1, 2, 3, Isaac Martin (11) count(s) 1, 10, 11, Donald George Wiggins (12) count(s) 1, 19, 21, 23, 24, Vincent Bernard Anderson (13) count(s) 1, 4, 5, 21, Rodney T. Anderson (14) count(s) 1, 4 (sfb) (Entered: 09/16/1998) |
| 09/16/1998 | 89 | FIRST CERTIFICATE OF DISCLOSURE by USA (mmh) (Entered: 09/16/1998) |
| 09/17/1998 | 90 | ORDER directing that all pre-trial motions are to be filed w/i 20 days of the date of arraignment. opposing parties shall have 10 days to respond, however since there are multiple defendants, the govt. may file a joint response w/i 10 days after all def. motions have been filed. Pre-trial motions rec'd outside of the required time will not be considered absent a showing of good cause. All request to charge and voir dire are to be filed at least 7 days prior to jury selection as to Rafeal Dewitt Bowens, Herman Felix Williams, Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin, Antonio Vermont Sams, Jody Martin, Damion Toriano White, Jamaal Alonzo Chisholm, Leonard Torres Anderson, Isaac Martin III, Donald George Wiggins, Vincent Bernard Anderson, Rodney T. Anderson ( Signed by Magistrate Judge G. R. Smith ) (lsg) (Entered: 09/17/1998) |
| 09/23/1998 | 95 | Amendment to Preliminary Satement by USA as to Rafeal Dewitt Bowens, Herman Felix Williams, Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin, Antonio Vermont Sams, Jody Martin, Damion Toriano White, Jamaal Alonzo Chisholm, Leonard Torres Anderson, Isaac Martin III, Donald George Wiggins, Vincent Bernard Anderson, Rodney T. Anderson (lsg) (Entered: 09/24/1998) |
| 09/25/1998 | 97 | SECOND CERTIFICATE OF DISCLOSURE by USA (mmh) (Entered: 09/28/1998) |
| 09/28/1998 | 98 | 4th CERTIFICATE OF DISCLOSURE by USA (lsg) (Entered: 09/29/1998) |
| 09/28/1998 | 99 | 3rd CERTIFICATE OF DISCLOSURE by USA (lsg) (Entered: 09/29/1998) |
| 10/01/1998 | 100 | 5th CERTIFICATE OF DISCLOSURE by USA (lsg) (Entered: 10/01/1998) |
| 10/05/1998 | 126 | ORDER denying [60-1] motion to Amend the conditions of pretrial release as to Bruce Townsend (4) ( Signed by Magistrate Judge G. R. |

| | | |
|---|---|---|
| | | Smith ) (lsg) (Entered: 10/06/1998) |
| 10/05/1998 | 137 | 6th CERTIFICATE OF DISCLOSURE by USA (lsg) (Entered: 10/06/1998) |
| 10/06/1998 | 178 | MOTION by Bruce Townsend to Adopt Motion of Other Defendant with brief in support. (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 179 | MEMORANDUM by Bruce Townsend in support of [178-1] motion to Adopt Motion of Other Defendant (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 180 | MOTION by Bruce Townsend for Discovery with brief in support. (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 181 | MOTION by Bruce Townsend for Disclosure of Grand Jury Proceedings with brief in support. (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 182 | MOTION by Bruce Townsend for Disclosure of Impeaching Evidence with brief in support. (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 183 | MOTION by Bruce Townsend for Notice of Intent of Govt. to use evidence subject to suppression with brief in support. (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 184 | MOTION by Bruce Townsend to reserve the right to file add'l motions with brief in support. (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 185 | MOTION by Bruce Townsend to Produce materials re: to surveillance with brief in support. (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 186 | Request/MOTION by Bruce Townsend for Discovery with brief in support. (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 187 | MOTION by Bruce Townsend to interview witnesses under control of Govt. with brief in support. (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 188 | MOTION by Bruce Townsend to Produce statements with brief in support. (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 189 | MOTION by Bruce Townsend for Govt. Witness List with brief in support. (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 190 | MOTION by Bruce Townsend to inspect and test physical evidence with brief in support. (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 191 | MOTION by Bruce Townsend for early Jencks disclosure with brief in support. (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 192 | MOTION by Bruce Townsend for Witness List with brief in support. (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 193 | MEMORANDUM by Bruce Townsend in support of [192-1] motion for Witness List (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 194 | MOTION by Bruce Townsend for Hearing on the existance of aonspiratorial Agreement with brief in support. (lsg) (Entered: |

| | | |
|---|---|---|
| | | 10/07/1998) |
| 10/06/1998 | 195 | MEMORANDUM by Bruce Townsend in support of [194-1] motion for Hearing on the existance of aonspiratorial Agreement (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 196 | MOTION by Bruce Townsend for Disclosure of Identity of Confidential Informants with brief in support. (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 197 | MOTION by Bruce Townsend to Suppress the interception of oral communications with brief in support. (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 198 | MOTION by Bruce Townsend to inspect and test physical evidence with brief in support. (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 199 | MOTION by Bruce Townsend to Sever with brief in support. (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | 200 | CERTIFICATE OF SERVICE by Bruce Townsend Service Re: [199-1] motion to Sever, [198-1] motion to inspect and test physical evidence, [197-1] motion to Suppress the interception of oral communications, [196-1] motion for Disclosure of Identity of Confidential Informants, [195-1] support memorandum, [194-1] motion for Hearing on the existance of aonspiratorial Agreement, [193-1] support memorandum, [192-1] motion for Witness List, [191-1] motion for early Jencks disclosure, [190-1] motion to inspect and test physical evidence, [189-1] motion for Govt. Witness List, [188-1] motion to Produce statements, [187-1] motion to interview witnesses under control of Govt., [186-1] motion for Discovery, [185-1] motion to Produce materials re: to surveillance, [184-1] motion to reserve the right to file add'l motions, [183-1] motion for Notice of Intent of Govt. to use evidence subject to suppression, [182-1] motion for Disclosure of Impeaching Evidence, [181-1] motion for Disclosure of Grand Jury Proceedings, [180-1] motion for Discovery, [179-1] support memorandum, [178-1] motion to Adopt Motion of Other Defendant (lsg) (Entered: 10/07/1998) |
| 10/06/1998 | | Motion(s) referred to Magistrate Judge G. R. Smith as to Bruce Townsend : [199-1] motion to Sever, [198-1] motion to inspect and test physical evidence, [197-1] motion to Suppress the interception of oral communications, [196-1] motion for Disclosure of Identity of Confidential Informants, [194-1] motion for Hearing on the existance of aonspiratorial Agreement, [192-1] motion for Witness List, [191-1] motion for early Jencks disclosure, [190-1] motion to inspect and test physical evidence, [189-1] motion for Govt. Witness List, [188-1] motion to Produce statements, [187-1] motion to interview witnesses under control of Govt., [186-1] motion for Discovery, [185-1] motion to Produce materials re: to surveillance, [184-1] motion to reserve the right to file add'l motions, [183-1] motion for Notice of Intent of Govt. to use evidence subject to suppression, [182-1] motion for Disclosure of Impeaching Evidence, [181-1] motion for Disclosure of Grand Jury Proceedings, [180-1] motion for Discovery, [178-1] motion to Adopt Motion of Other Defendant (lsg) (Entered: 11/02/1998) |

| 10/16/1998 | 240 | Combined RESPONSE by USA as to Rafeal Dewitt Bowens, Herman Felix Williams, Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin, Antonio Vermont Sams, Jody Martin, Damion Toriano White, Jamaal Alonzo Chisholm, Leonard Torres Anderson, Isaac Martin III, Donald George Wiggins, Vincent Bernard Anderson, Rodney T. Anderson re Pre-trial Motions (lsg) (Entered: 10/16/1998) |
|---|---|---|
| 10/22/1998 | | Motion hearing held as to Rafeal Dewitt Bowens, Herman Felix Williams, Bruce Townsend, Mark Elliott Martin, Damion Toriano White, Jamaal Alonzo Chisholm, Leonard Torres Anderson, Isaac Martin III, Donald George Wiggins, Vincent Bernard Anderson, Rodney T. Anderson re: pretrial motions (sfb) (Entered: 10/28/1998) |
| 10/27/1998 | 252 | NOTICE by USA of incarcerated Govt. Witnesses and Rufus Anderson's Affidavit (lsg) (Entered: 10/28/1998) |
| 10/27/1998 | 251 | Appeal of Magistrate Decision to District Court by Bruce Townsend of Order entered verbally by Mag. G.R. Smith denying Def's Motion for Amendment of Conditions of Pre-Trial Release (lsg) (Entered: 11/09/1998) |
| 10/30/1998 | 262 | 7th CERTIFICATE OF DISCLOSURE (lsg) (Entered: 10/30/1998) |
| 10/30/1998 | 265 | NOTICE of audio cassette tapes and video tape it intends to play trial by USA as to Rafeal Dewitt Bowens, Herman Felix Williams, Bernard Duane Williams, Bruce Townsend (lsg) (Entered: 10/30/1998) |
| 10/30/1998 | 270 | ORDER as to Rafeal Dewitt Bowens, Herman Felix Williams, Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin, Antonio Vermont Sams, Jody Martin, Damion Toriano White, Jamaal Alonzo Chisholm, Leonard Torres Anderson, Isaac Martin III, Donald George Wiggins, Vincent Bernard Anderson, Rodney T. Anderson granting [228-1] motion to reduce Bond Bond set to $25,000, with 10% security for Jamaal Alonzo Chisholm. as to Jamaal Alonzo Chisholm (9)granting [187-1] motion to interview witnesses under control of Govt. as to Bruce Townsend (4), granting [166-1] motion to interview witnesses under govt. control as to Rafeal Dewitt Bowens (1) to the extent that the witnesses are willing to submit to an interview with Def. counsel, mooting [186-1] motion for Discovery as to Bruce Townsend (4), mooting [180-1] motion for Discovery as to Bruce Townsend (4), the Govt. has sitpulated that it does not intend to introduce evidence of small quantities of drugs purchased by agents, denying [232-1] motion for Hearing to determine conspiratirial agreement as to Donald George Wiggins (12), denying [143-1] motion for Pre-trial Hearing to determine existance of Conspiratorial Agreement as to Jody Martin (7), denying [202-1] motion for Hearing to determine existance of conspiratorial agreement as to Vincent Bernard Anderson (13), denying [194-1] motion for Hearing on the existance of aonspiratorial Agreement as to Bruce Townsend (4), denying [176-1] motion for Hearing to determine existance of conspirational agreement as to Damion Toriano White (8), denying [109-1] motion for Hearing To Determine Existence of Conspiratorial Agreement as to Rodney T. Anderson (14) [214-1] motion |

| | | |
|---|---|---|
| | | to Suppress Evidence under advisement as to Bernard Duane Williams (3), [197-1] motion to Suppress the interception of oral communications under advisement as to Bruce Townsend (4), [174-1] motion to Suppress Evidence under advisement as to Rafeal Dewitt Bowens (1), [171-1] motion to Suppress Def's statements under advisement as to Rafeal Dewitt Bowens (1), [124-1] motion to Suppress under advisement as to Vincent Bernard Anderson (13), [101-1] motion to Suppress under advisement as to Rafeal Dewitt Bowens (1) ( Signed by Magistrate Judge G. R. Smith ) (lsg) (Entered: 11/03/1998) |
| 10/30/1998 | 270 | Cont. ORDER mooting [246-1] motion to Adopt Motion of Other Defendant as to Isaac Martin (11), mooting [244-1] motion to Adopt Motion of Other Defendant as to Leonard Torres Anderson (10), mooting [237-1] motion for Govt. Witness List as to Donald George Wiggins (12), mooting [236-1] motion for early Jencks disclosure as to Donald George Wiggins (12), mooting [235-1] motion for Notice of Intent to use other crimes evidence as to Donald George Wiggins (12), mooting [234-1] motion for Notice of Intent of Govt. to use evidence subject to suppression as to Donald George Wiggins (12), mooting [231-1] motion to Adopt Motion of Other Defendant as to Donald George Wiggins (12), mooting [229-1] motion for Discovery as to Donald George Wiggins (12), mooting [227-1] motion to Amend conditions of pretrial release as to Rafeal Dewitt Bowens (1), mooting [225-1] motion for Discovery pursuant to Rule 16s to Mark Elliott Martin (5), mooting [144-1] motion for Discovery as to Jody Martin (7), mooting [142-1] motion to Adopt Motion of Other Defendant as to Jody Martin (7), mooting [141-1] motion for Notice of Intent by Govt to use evidence subject to suppression as to Jody Martin (7), mooting [140-1] motion for Notice of Intent og Govt to rely on other crimes evidence as to Jody Martin (7), mooting [139-1] motion for early Jencks disclosure as to Jody Martin (7), mooting [138-1] motion for disclosure of Govt Witness List as to Jody Martin (7) ( Signed by Magistrate Judge G. R. Smith ) (lsg) (Entered: 11/03/1998) |
| 10/30/1998 | 270 | Cont ORDER mooting [213-1] motion for Notice of Intent of Govt to use evidence subject to suppression as to Herman Felix Williams (2), mooting [212-1] motion for Disclosure of Exculpatory Information as to Herman Felix Williams (2), mooting [211-1] motion for Discovery of statement s made by co-conspirators as to Herman Felix Williams (2), mooting [210-1] motion to Adopt Motion of Other Defendant as to Herman Felix Williams (2), mooting [209-1] motion for agents to retain rough notes as to Herman Felix Williams (2), mooting [208-1] motion for Discovery as to Herman Felix Williams (2), mooting [207-1] motion to Produce confidential informant as to Herman Felix Williams (2), mooting [205-1] motion for Notice of Intent to use other crimes evidence as to Herman Felix Williams (2), mooting [204-1] motion to Dismiss Count for Duplicity as to Vincent Bernard Anderson (13), mooting [203-1] motion to Sever as to Vincent Bernard Anderson (13), mooting [201-1] motion to Extend Time to inspect evidence as to Vincent Bernard Anderson (13), mooting [199-1] motion to Sever as to Bruce Townsend (4), mooting [198-1] motion to inspect and test physical evidence as to |

| | | |
|---|---|---|
| | | Bruce Townsend (4), mooting [196-1] motion for Disclosure of Identity of Confidential Informants as to Bruce Townsend (4), mooting [192-1] motion for Witness List as to Bruce Townsend (4), mooting [191-1] motion for early Jencks disclosure as to Bruce Townsend (4), mooting [190-1] motion to inspect and test physical evidence as to Bruce Townsend (4), mooting [189-1] motion for Govt. Witness List as to Bruce Townsend (4), mooting [188-1] motion to Produce statements as to Bruce Townsend (4), mooting [185-1] motion to Produce materials re: to surveillance as to Bruce Townsend (4), mooting [184-1] motion to reserve the right to file add'l motions as to Bruce Townsend (4) ( Signed by Magistrate Judge G. R. Smith ) (lsg) (Entered: 11/03/1998) |
| 10/30/1998 | 270 | ORDER mooting [275-1] motion for Reconsideration of [54-1] order as to Bernard Duane (3), mooting [183-1] motion for Notice of Intent of Govt. use evidence subject to suppression as to Bruce Townsend (4), mooting [182-1] motion for Disclosure of Impeaching Evidence as to Bruce Townsend (4), mooting [181-1] motion for Disclosure of Grand Jury Proceedings as to Bruce Townsend (4), mooting [178-1] motion to Adopt Motion of Other Defendant as to Bruce Townsend (4), mooting [177-1] motion for Bill of Particulars as to Damion Toriano White (8), mooting [175-1] motion for Disclosure of Information re: confidential informant as to Damion Toriano White (8), mooting [173-1] motion to Strike as to Rafeal Dewitt Bowens (1), mooting [172-1] motion to inspect and test physical evidence as to Rafeal Dewitt Bowens (1), mooting [170-1] motion for Discovery and inspection of evidence as to Rafeal Dewitt Bowens (1), mooting [169-1] motion for early Jencks disclosure as to Rafeal Dewitt Bowens (1), mooting [168-1] motion for Govt. Witness List as to Rafeal Dewitt Bowens (1), mooting [167-1] motion to Produce Statements as to Rafeal Dewitt Bowens (1), mooting [165-1] motion to Produce Materials relating to surveillance as to Rafeal Dewitt Bowens (1), mooting [164-1] motion to reserve the right to file add'l motions as to Rafeal Dewitt Bowens (1), mooting [163-1] motion for Notice of Intent of Govt. to use evidence subject to suppression as to Rafeal Dewitt Bowens (1), mooting [162-1] motion for Disclosure of Impeaching Evidence as to Rafeal Dewitt Bowens (1), mooting [161-1] motion for Disclosure of Grand Jury Proceedings as to Rafeal Dewitt Bowens (1) ( Signed by Magistrate Judge G. R. Smith ) (lsg) (Entered: 11/04/1998) |
| 10/30/1998 | 270 | Cont. Minute ORDER mooting [160-1] motion for Discovery as to Rafeal Dewitt Bowens (1), mooting [158-1] motion to Adopt Motion of Other Defendant as to Rafeal Dewitt Bowens (1), mooting [156-1] motion to Sever as to Rafeal Dewitt Bowens (1), mooting [154-1] motion to reveal as to Jamaal Alonzo Chisholm (9), mooting [152-1] motion for early Jencks disclosure as to Jamaal Alonzo Chisholm (9), mooting [151-1] motion for Disclosure of Rule 404(b) Evidence as to Jamaal Alonzo Chisholm (9), mooting [150-1] motion for Witness List as to Jamaal Alonzo Chisholm (9), mooting [149-1] motion for Disclosure of Impeaching Evidence as to Jamaal Alonzo Chisholm (9), mooting [148-1] motion to Adopt Motion of Other Defendant as to Jamaal Alonzo Chisholm (9), mooting [147-1] motion for Disclosure of Rule 404 (b) Evidence as to Jamaal Alonzo Chisholm (9), mooting [146-1] motion for |

| | | |
|---|---|---|
| | | Disclosure of Grand Jury Proceedings as to Jamaal Alonzo Chisholm (9), mooting [145-1] motion for Discovery as to Jamaal Alonzo Chisholm (9), mooting [125-1] motion for Disclosure of Rule 404(b) Evidence as to Vincent Bernard Anderson (13), mooting [123-1] motion for Gov't Witness List as to Vincent Bernard Anderson (13) ( Signed by Magistrate Judge G. R. Smith ) (lsg) (Entered: 11/04/1998) |
| 10/30/1998 | 270 | Cont. Minute ORDER mooting [122-1] motion for Disclosure of all Evidence favorable to Defendant as to Vincent Bernard Anderson (13), mooting [121-1] motion for Disclosure of Impeaching Evidence as to Vincent Bernard Anderson (13), mooting [120-1] motion to Compel sentencing guidelines as to Vincent Bernard Anderson (13), mooting [119-1] motion as to Vincent Bernard Anderson (13), mooting [118-1] motion for jury trial as to Vincent Bernard Anderson (13), mooting [117-1] motion for Bill of Particulars as to Vincent Bernard Anderson (13), mooting [116-1] motion for Disclosure of Grand Jury Proceedings as to Vincent Bernard Anderson (13), mooting [115-1] motion to Produce Statements as to Vincent Bernard Anderson (13), mooting [114-1] motion for Discovery and inspection as to Vincent Bernard Anderson (13), mooting [113-1] motion for Notice of Intent to rely on other crimes evidence as to Vincent Bernard Anderson (13), mooting [112-1] motion for Jackson Denno Hearing as to Vincent Bernard Anderson (13) ( Signed by Magistrate Judge G. R. Smith ) (lsg) (Entered: 11/04/1998) |
| 10/30/1998 | 270 | ORDER mooting [111-1] motion for Disclosure of Evidence favorable to Defendant as to Vincent Bernard Anderson (13), mooting [135-1] motion to Adopt Motion of Other Defendant as to Isaac Martin (11), mooting [134-1] motion for Discovery as to Isaac Martin (11), mooting [132-1] motion for Disclosure of Rule 404 (b) Evidence as to Isaac Martin (11), mooting [131-1] motion for Notice of Intent og Govt to use evidence subject to suppression as to Isaac Martin (11), mooting [130-1] motion for Bill of Particulars as to Isaac Martin (11), mooting [129-1] motion to Produce Statements as to Isaac Martin (11), mooting [103-1] motion for Notice of Intent to use evidence subject to suppression as to Rafeal Dewitt Bowens (1), mooting [102-1] motion to Sever as to Rafeal Dewitt Bowens (1), mooting [110-1] motion for Disclosure of Confidential Informants as to Rodney T. Anderson (14), mooting [108-1] motion in Limine Re 801(d)(2)(E) Evidence as to Rodney T. Anderson (14), mooting [107-1] motion for Bill of Particulars as to Rodney T. Anderson (14), mooting [92-1] motion for Reconsideration of bond as to Donald George Wiggins (12), mooting [91-1] motion to Amend [55-1] order of detention as to Rafeal Dewitt Bowens (1) ( Signed by Magistrate Judge G. R. Smith ) (lsg) (Entered: 11/04/1998) |
| 10/30/1998 | 270 | Cont. Minute ORDER as to Rafeal Dewitt Bowens, Herman Felix Williams, Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin, Antonio Vermont Sams, Jody Martin, Damion Toriano White, Jamaal Alonzo Chisholm, Leonard Torres Anderson, Isaac Martin III, Donald George Wiggins, Vincent Bernard Anderson, Rodney T. Anderson mooting [52-1] motion for early Jencks disclosure as to Vincent Bernard Anderson (13), mooting [52-2] motion for agents to |

| | | |
|---|---|---|
| | | retain rough notes as to Vincent Bernard Anderson (13) ( Signed by Magistrate Judge G. R. Smith ) (lsg) (Entered: 11/04/1998) |
| 11/02/1998 | 269 | EIGHTH CERTIFICATE OF DISCLOSURE by USA (mmh) (Entered: 11/03/1998) |
| 11/02/1998 | 274 | NOTICE of 404(b) Extrinsic Evidence and enhanced penalty information by USA as to Rafeal Dewitt Bowens, Herman Felix Williams, Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin, Antonio Vermont Sams, Jody Martin, Damion Toriano White, Jamaal Alonzo Chisholm, Leonard Torres Anderson, Isaac Martin III, Donald George Wiggins, Vincent Bernard Anderson, Rodney T. Anderson (lsg) (Entered: 11/03/1998) |
| 11/03/1998 | 271 | PETITION by USA for Writ of Habeas Corpus ad testificandum as to Lionel Bowens (lsg) (Entered: 11/03/1998) |
| 11/03/1998 | | WRIT of Habeas Corpus ad Testificandum issued for Lionel Bowens for 11/16/98 in case as to Rafeal Dewitt Bowens, et al. (lsg) (Entered: 11/03/1998) |
| 11/03/1998 | 272 | PETITION by USA for Writ of Habeas Corpus ad testificandum for Rufus Anderson to appear as to Rafeal Dewitt Bowens, et al (lsg) (Entered: 11/03/1998) |
| 11/05/1998 | 280 | 9th CERTIFICATE OF DISCLOSURE by USA (lsg) (Entered: 11/05/1998) |
| 11/05/1998 | 281 | Proposed Voir Dire Questions by Rafeal Dewitt Bowens, Herman Felix Williams, Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin, Antonio Vermont Sams, Jody Martin, Damion Toriano White, Jamaal Alonzo Chisholm, Leonard Torres Anderson, Isaac Martin III, Donald George Wiggins, Vincent Bernard Anderson, Rodney T. Anderson as to Rafeal Dewitt Bowens, Herman Felix Williams, Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin, Antonio Vermont Sams, Jody Martin, Damion Toriano White, Jamaal Alonzo Chisholm, Leonard Torres Anderson, Isaac Martin III, Donald George Wiggins, Vincent Bernard Anderson, Rodney T. Anderson (lsg) (Entered: 11/05/1998) |
| 11/05/1998 | 282 | Request to charge by USA as to Rafeal Dewitt Bowens, Herman Felix Williams, Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin, Antonio Vermont Sams, Jody Martin, Damion Toriano White, Jamaal Alonzo Chisholm, Leonard Torres Anderson, Isaac Martin III, Donald George Wiggins, Vincent Bernard Anderson, Rodney T. Anderson (lsg) (Entered: 11/05/1998) |
| 11/05/1998 | | MINUTE ENTRY: Change of plea this date as to defendant Jamaal A. Chisholm. The defendant was remanded to custody. The probation officer was directed to commence the presentence report. Please see the criminal clerk's entry for specifics on the counts. (rww) (Entered: 11/06/1998) |
| 11/06/1998 | | MINUTE ENTRY: Change of plea this date as to defendants Herman F. |

| | | |
|---|---|---|
| | | Williams, Jody Martin, Damion T. White, Rodney Anderson, Donald Wiggins, and Leonard Anderson. Vincent B. Anderson also entered a plea this date to an information. All defendants with the exception of Wiggins remain on bond pending sentencing. Wiggins was remanded to the custody of the Marshal. The probation officers were instructed to commence the presentence reports. Please see the criminal clerk's entry for specifics on counts. (rww) (Entered: 11/06/1998) |
| 11/09/1998 | 294 | 10th CERTIFICATE OF DISCLOSURE by USA (lsg) (Entered: 11/09/1998) |
| 11/10/1998 | 301 | NOTICE by USA re: Brady-Giglio Disclosure and Notice of Expert Witness Testimony (lsg) (Entered: 11/10/1998) |
| 11/10/1998 | | MINUTE ENTRY: Change of pleas this date before Judge Edenfield as to defendants Rafael Bowens and Isaac Martin, III. Both defendants were remanded to the custody of the Marshal. Probation was instructed to commence the presentence reports. Please see the Criminal Clerk's entry as to counts, etc. (rww) (Entered: 11/11/1998) |
| 11/11/1998 | 304 | ORDER affirming the Magistrates Order of Detention of 10/5/98 and the verbal order of 10/22/98 as to Bruce Townsend ( Signed by Judge B. Avant Edenfield ) (lsg) (Entered: 11/11/1998) |
| 11/11/1998 | 305 | Proposed Voir Dire Questions by Bruce Townsend (lsg) (Entered: 11/11/1998) |
| 11/11/1998 | 306 | Request to charge by Bruce Townsend (lsg) (Entered: 11/11/1998) |
| 11/11/1998 | 307 | Witness list by Bruce Townsend (lsg) (Entered: 11/12/1998) |
| 11/12/1998 | 308 | Second NOTICE of Expert Witness Testimony by USA as to Rafeal Dewitt Bowens, Herman Felix Williams, Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin, Antonio Vermont Sams, Jody Martin, Damion Toriano White, Jamaal Alonzo Chisholm, Leonard Torres Anderson, Isaac Martin III, Donald George Wiggins, Vincent Bernard Anderson, Rodney T. Anderson (lsg) (Entered: 11/12/1998) |
| 11/12/1998 | 311 | 11th CERTIFICATE OF DISCLOSURE by USA (lsg) (Entered: 11/12/1998) |
| 11/13/1998 | 319 | MOTION by USA as to Bruce Townsend to Dismiss Count 8 with brief in support (mmh) (Entered: 11/13/1998) |
| 11/13/1998 | | DISMISSAL of Count(s) on Government Motion as to Bruce Townsend Counts Dismissed: Bruce Townsend (4) count(s) 8 (lsg) (Entered: 11/16/1998) |
| 11/16/1998 | 320 | ORDER granting [319-1] motion to Dismiss Count 8 as to Bruce Townsend (4) ( Signed by Judge B. Avant Edenfield ) (lsg) (Entered: 11/16/1998) |
| 11/16/1998 | 326 | CERTIFICATE OF DISCLOSURE by USA of monies paid to Rufus Anderson and Vincent Anderson (lsg) (Entered: 11/19/1998) |

| | | |
|---|---|---|
| 11/16/1998 | 329 | Exhibit list by USA as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin (lsg) (Entered: 11/19/1998) |
| 11/16/1998 | 330 | Witness list by USA as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin (lsg) (Entered: 11/19/1998) |
| 11/16/1998 | | Jury selection held Bernard Duane Williams (3) count(s) 1, 18, 25, Bruce Townsend (4) count(s) 1, 7, Mark Elliott Martin (5) count(s) 1, 14, 16 Terminated motions: mooting [328-1] motion in Limine as to Bernard Duane Williams (3), mooting [315-1] motion in Limine re statements given in govt aff'ds as to Mark Elliott Martin (5), mooting [314-1] motion in Limine re other crimes as to Mark Elliott Martin (5), mooting [313-1] motion for voice analysis as to Bernard Duane Williams (3), mooting [309-1] motion for Discovery of evidence as to Mark Elliott Martin (5), mooting [302-1] motion for Voice Analysis as to Bernard Duane Williams (3), mooting [290-1] motion for Voice Analysis as to Bernard Duane Williams (3), mooting [219-1] motion in Limine concerning Fed. R. of Evid. 801(d)(2)(E) as to Bernard Duane Williams (3), mooting [214-1] motion to Suppress Evidence as to Bernard Duane Williams (3), mooting [197-1] motion to Suppress the interception of oral communications as to Bruce Townsend (4), mooting [124-1] motion to Suppress as to Vincent Bernard Anderson (13) (lsg) (Entered: 11/19/1998) |
| 11/16/1998 | | Jury trial as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin held (lsg) (Entered: 11/19/1998) |
| 11/17/1998 | 333 | Jury charge (lsg) (Entered: 11/19/1998) |
| 11/17/1998 | | Jury trial as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin held (lsg) (Entered: 11/19/1998) |
| 11/18/1998 | 334 | Jury notes filed as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin (lsg) (Entered: 11/19/1998) |
| 11/18/1998 | 335 | Jury notes filed as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin (lsg) (Entered: 11/19/1998) |
| 11/18/1998 | 336 | Jury notes filed as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin (lsg) (Entered: 11/19/1998) |
| 11/18/1998 | 337 | Jury notes filed as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin (lsg) (Entered: 11/19/1998) |
| 11/18/1998 | 338 | Jury notes filed as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin (lsg) (Entered: 11/19/1998) |
| 11/18/1998 | | Jury trial as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin held (lsg) (Entered: 11/19/1998) |
| 11/18/1998 | 340 | JURY VERDICT as to Bruce Townsend Guilty: Bruce Townsend (4) count(s) 1 , Not Guilty: Bruce Townsend (4) count(s) 7 (lsg) (Entered: 11/19/1998) |
| | | |

| | | |
|---|---|---|
| 11/18/1998 | 342 | Receipt for Exhibits (all tendered at trial) by USA as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin (lsg) (Entered: 11/19/1998) |
| 11/24/1998 | 349 | MOTION by Bruce Townsend for New Trial with brief in support. (mmh) (Entered: 11/25/1998) |
| 12/04/1998 | 356 | RESPONSE in opposition by USA as to Bruce Townsend re [349-1] motion for New Trial (lsg) (Entered: 12/07/1998) |
| 01/26/1999 | 403 | MOTION by Bruce Townsend For Issuance of Subpoena with brief in support. (mmh) (Entered: 01/27/1999) |
| 01/27/1999 | 405 | ORDER as to Bruce Townsend granting [403-1] motion For Issuance of Subpoena as to Bruce Townsend (4) ( Signed by Magistrate Judge G. R. Smith ) (mmh) (Entered: 01/27/1999) |
| 01/28/1999 | | Sentencing held Bruce Townsend (4) count(s) 1 (nmt) (Entered: 01/29/1999) |
| 01/28/1999 | | MINUTE ENTRY: Sentencing this date before Judge Edenfield as to defendants Bernard Duane Williams and Bruce B. Townsend. Defendant Williams was sentenced to 180 months custody and remanded to the custody of the Marshal. Defendant Townsend was sentenced to 140 months custody and remanded to the custody of the Marshal. Please see the Judgment and Committment Orders for particulars. (rww) (Entered: 02/04/1999) |
| 02/04/1999 | 410 | JUDGMENT Bruce Townsend (4) count(s) 1. Special assessment of $100 due immediately; deft is committed to the BOP for a period of 140 mos; deft will serve a term of supervised release of 5 yrs , Bruce Townsend (4) count(s) 7. Not guilty , Bruce Townsend (4) count(s) 8. Dismissed ( Signed by Judge B. Avant Edenfield ) (nmt) (Entered: 02/04/1999) |
| 02/08/1999 | 413 | TRANSCRIPT of jury trial filed in case as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin for dates of November 16, 1998 with the Hon. B. Avant Edenfield, Judge, presiding. Volume 1 of 3 (nmt) Modified on 02/08/1999 (Entered: 02/08/1999) |
| 02/08/1999 | 414 | TRANSCRIPT of the jury trial filed in case as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin for dates of November 17, 1998 with the Hon. B. Avant Edenfield, Judge, presiding. Volume 2 of 3 (Morning Session) (nmt) (Entered: 02/08/1999) |
| 02/08/1999 | 415 | TRANSCRIPT of the jury trial filed in case as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin for dates of November 17, 1998 with the Hon. B. Avant Edenfield, Judge, presiding. Volume 2 of 3 (Afternoon Session) (nmt) (Entered: 02/08/1999) |
| 02/08/1999 | 416 | TRANSCRIPT of jury trial filed in case as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin for dates of November 18, 1998 with the Hon. B. Avant Edenfield, Judge, presiding. Volume 3 of 3 (nmt) (Entered: 02/08/1999) |

| | | |
|---|---|---|
| 02/12/1999 | 420 | NOTICE OF APPEAL by Bruce Townsend (4) count(s) 1 Appeal information sheet given to Counsel for appellant (nmt) (Entered: 02/12/1999) |
| 02/12/1999 | | Notice of appeal, certified copy of docket and judgment as to Bruce Townsend to USCA: [420-1] appeal (nmt) (Entered: 02/12/1999) |
| 02/22/1999 | | USCA Case Number as to Bruce Townsend Re: [420-1] appeal USCA NUMBER: 99-08069 (nmt) (Entered: 02/22/1999) |
| 03/02/1999 | 424 | ORDER as to Bruce Townsend denying [349-1] motion for New Trial as to Bruce Townsend (4)and denying motion for a jgm of acquittal notwithstanding the verdict ( Signed by Judge B. Avant Edenfield ) (nmt) (Entered: 03/02/1999) |
| 03/02/1999 | 436 | Judgment Returned Executed as to Bruce Townsend ; on 2/25/99 at FCI Estill (mmh) Modified on 03/18/1999 (Entered: 03/04/1999) |
| 04/06/1999 | 476 | TRANSCRIPT filed in case as to Bruce Townsend for dates of 1/28/99 Sentencing (mmh) (Entered: 04/06/1999) |
| 04/07/1999 | 477 | CJA 24 as to Bruce Townsend Authorization to Pay Lora Carter $ 78.00 for Transcript Voucher # 2190739427 ( Signed by Judge B. Avant Edenfield ) (mmh) (Entered: 04/07/1999) |
| 04/07/1999 | 478 | CJA 24 as to Bruce Townsend Authorization to Pay Lora Carter $ 40.35 for Transcript Voucher # 2190739428 ( Signed by Judge B. Avant Edenfield ) (mmh) (Entered: 04/07/1999) |
| 04/08/1999 | 479 | ORDER approving the maximum allowed CJA payment for atty Julian H. Toporek in the amt of $3,925.15 as to Bruce Townsend ( Signed by Judge B. Avant Edenfield ) (nmt) (Entered: 04/08/1999) |
| 04/08/1999 | 480 | CJA 20 as to Bruce Townsend Authorization to Pay Julian H. Toporek $ 3,925.15 Voucher # 0840522 ( Signed by Judge B. Avant Edenfield ) (nmt) (Entered: 04/08/1999) |
| 04/30/1999 | 485 | SEALED ORDER (mmh) (Entered: 04/30/1999) |
| 05/05/1999 | 486 | Appeal Information Sheet as to Bruce Townsend Re: [420-1] appeal (nmt) (Entered: 05/05/1999) |
| 05/05/1999 | 487 | Appeal Information Sheet of the acknowledgment of request for transcript by court reporter as to Bruce Townsend Re: [420-1] appeal (nmt) (Entered: 05/05/1999) |
| 05/05/1999 | 488 | Appeal Information Sheet of preparation of transcript by court reporter as to Bruce Townsend Re: [420-1] appeal (nmt) (Entered: 05/05/1999) |
| 08/17/1999 | 502 | CERTIFICATE OF DISCLOSURE by USA (fbh) (Entered: 08/19/1999) |
| 03/02/2000 | | WRIT of Habeas Corpus ad Prosequendum issued as to Bruce Townsend for 3/16/00 (fbh) (Entered: 03/02/2000) |
| 03/10/2000 | 537 | MOTION by Bruce Townsend for Downward Departure with brief in |

|  |  | support. (fbh) (Entered: 03/10/2000) |
|---|---|---|
| 03/14/2000 | 539 | RESPONSE by USA as to Bruce Townsend in opposition to [537-1] motion for Downward Departure (fbh) (Entered: 03/15/2000) |
| 03/22/2000 |  | Evidentiary Hearing on LIMITED REMAND from the Eleventh Circuit as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin held (sfb) (Entered: 03/22/2000) |
| 03/24/2000 | 541 | REPORT AND RECOMMENDATIONS of Magistrate Judge G. R. Smith as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin Re: ; Evidentiary hearing and factfinding on limited remand from the Eleventh Circuit Objections to R and R due by 4/7/00. Nunc Pro Tunc Date March 23, 2000 at 5:00 P.M. (fbh) Modified on 03/24/2000 (Entered: 03/24/2000) |
| 03/24/2000 | 542 | ORDER as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin directing service on the R&R on parties. Objections due April 7, 2000.NUNC Pro Tunc Date March 23, 2000; 5:00 P.M. ( Signed by Magistrate Judge G. R. Smith ) (fbh) (Entered: 03/24/2000) |
| 04/10/2000 | 544 | TRANSCRIPT filed in case as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin for dates of March 22, 2000 Re: Evidentiary Hearing (fbh) (Entered: 04/10/2000) |
| 04/17/2000 | 545 | ORDER as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin adopting [541-1] report and recommendations as to Bernard Duane Williams (3), Bruce Townsend (4), Mark Elliott Martin (5) ( Signed by Judge B. Avant Edenfield ) (fbh) (Entered: 04/17/2000) |
| 07/06/2000 |  | Certified and transmitted record on appeal to U.S. Court of Appeals as to Herman Felix Williams, Bernard Duane Williams, Bruce Townsend, Damion Toriano White, Jamaal Alonzo Chisholm, Isaac Martin III : [420-1] appeal, [419-1] appeal, [397-1] appeal, [402-1] appeal, [395-1] appeal, [393-1] appeal, [374-1] appeal (fbh) (Entered: 07/06/2000) |
| 06/27/2002 | 580 | MOTION by Bruce Townsend to Vacate under 28 U.S.C. 2255 with brief in support. (jgb) (Entered: 07/01/2002) |
| 07/18/2002 | 585 | ORDER directing the clerk to serve the US Atty with a copy of this order and a copy of the petition as to Bruce Townsend ( Signed by Magistrate Judge G. R. Smith ) (jgb) (Entered: 07/19/2002) |
| 08/16/2002 | 588 | RESPONSE by USA as to Bruce Townsend re [580-1] motion to Vacate under 28 U.S.C. 2255 (jgb) (Entered: 08/19/2002) |
| 08/28/2002 | 591 | REPLY by Bruce Townsend to response to [580-1] motion to Vacate under 28 U.S.C. 2255 (jgb) (Entered: 08/28/2002) |
| 09/06/2002 | 592 | REPORT AND RECOMMENDATIONS of Magistrate Judge G. R. Smith as to Bruce Townsend Re: [580-1] motion to Vacate under 28 U.S.C. 2255 ; Motion no longer referred Objections to R and R due by 9/24/02 (fbh) (Entered: 09/09/2002) |
|  |  |  |

| 09/06/2002 | 593 | ORDER directing service of R&R as to Bruce Townsend ( Signed by Magistrate Judge G. R. Smith ) (fbh) (Entered: 09/09/2002) |
| --- | --- | --- |
| 09/20/2002 | 594 | MOTION by Bruce Townsend to Stay mandate with brief in support. (jgb) (Entered: 09/24/2002) |
| 09/20/2002 | 595 | OBJECTION by Bruce Townsend to [592-1] report and recommendations (jgb) (Entered: 09/24/2002) |
| 09/30/2002 | 597 | ORDER/Judgment adopting the R&R of Magistrate Judge as to Bruce Townsend ( Signed by Judge B. Avant Edenfield ) (fbh) (Entered: 10/01/2002) |
| 10/21/2002 | 603 | MOTION by Bruce Townsend to show cause with brief in support. (fbh) (Entered: 10/25/2002) |
| 11/04/2002 | 605 | ORDER as to Bruce Townsend denying [603-1] motion to show cause as to Bruce Townsend (4) ( Signed by Judge B. Avant Edenfield ) (fbh) (Entered: 11/05/2002) |
| 11/20/2002 | 607 | MOTION by Bruce Townsend for certificate of appealability with brief in support. (jgb) (Entered: 11/20/2002) |
| 11/25/2002 | 608 | ORDER as to Bruce Townsend denying [607-1] motion for certificate of appealability; denying implied motion for IFP as to Bruce Townsend (4) ( Signed by Judge B. Avant Edenfield ) (jgb) (Entered: 11/27/2002) |
| 12/05/2002 | 609 | TRANSCRIPT of jury selection filed in case as to Bernard Duane Williams, Bruce Townsend, Mark Elliott Martin for dates of 11/16/98 (jgb) (Entered: 12/05/2002) |
| 03/03/2003 | | Record on Appeal as to Bruce Townsend returned from U.S. Court of Appeals: [420-1] appeal (fbh) (Entered: 03/03/2003) |
| 03/03/2003 | 613 | USCA ORDER denying motion for COA as to Bruce Townsend () (jgb) (Entered: 03/04/2003) |
| 04/14/2003 | 622 | USCA ORDER denying certificate of appealability as to Bruce Townsend () (jgb) (Entered: 04/18/2003) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 04/11/2006 13:25:41 | | | |
| PACER Login: | us1110 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:98-cr-00106-BAE |
| Billable Pages: | 12 | Cost: | 0.96 |