UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRUCE BERNARD TOWNSEND,            )
                                  )
            Plaintiff,            )
                                  )
      v.                          ) Civil Action No. 06-0149 RMU
                                  )
WARDEN JOSE VASQUEZ, et al.,      )
                                  )
            Defendants.           )
_____   )

ORDER

   Upon consideration of defendants' motion to dismiss or transfer, the opposition and reply

thereto, and after a review of the entire record, it is this _____ day of _____,

   ORDERED, that said motion is granted.  Plaintiff's Privacy Act claims are dismissed

with prejudice, and it is

   FURTHER ORDERED, that to the extent that plaintiff claims relief under 28 U.S.C.

§ 2241, this claim is transferred to the U.S. District Court for the Southern District of Georgia.

                              _____
                              UNITED STATES DISTRICT COURT

Copies:

Bruce Bernard Townsend
#09879-021
Jesup FCI
2650 HWY 301 South
Jesup, GA 31599

Claire Whitaker
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530