UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRUCE BERNARD TOWNSEND, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   06-0149 (RMU) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JOSE VAZQUEZ *et al*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**DIRECTING THE PLAINTIFF TO RESPOND TO THE DEFENDANTS' DISPOSITIVE MOTION**

This matter is before the court on the defendants' motion to dismiss or to transfer. The court will rule on the defendants' motion taking into consideration the facts proffered by plaintiff in the complaint, along with plaintiff's response or opposition to defendants' motion.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the court held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. The plaintiff is also referred to Local Civil Rule 7(b), which provides that a party has 11 days, or at such time as the court may direct, within which to respond to a motion. Otherwise the court may treat the motion as conceded.

Accordingly, it is by the court this 14th day of April 2006, hereby

**ORDERED** that the plaintiff shall file his response to the defendants' motion to dismiss or to transfer by May 18, 2006. If the plaintiff fails to file a response or opposition within the

time provided, the court will treat the motion as conceded and may either dismiss or transfer the case.

                                                                                          RICARDO M. URBINA  
                                                                  United States District Judge