UNITED STATES district court
FOR THE DISTRICT OF COLUMBIA

Bruce Bernard Townsend,sui
juris,propria persona,Public
Minister,
        Plaintiff,

-vs-

WARDEN JOSE VASQUEZ;ET.AL.,
        DEFENDANT(S).   /

CIVIL ACTION NO.06-00149[RMU]

**RECEIVED**

APR 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OBJECTION TO DEFENDANTS MOTION
TO DISMISS AND
ACCEPTANCE OF THEIR CEDING TO CLAIMS

NOTICE! Plaintiff Bruce Bernard Townsend,Public Minister,sui juris, is brought under jurisdiction of the American Flag of Peace,Title 4USC§1,by Plaintiff. (22USC§252)(see 28USC§§§1602,1603 & 1604)
Plaintiff at all times relevant,claims all unalienable substantive rights,protections, at no time waiving or yielding up any unalienable substantive rights,protections, claimed by Plaintiff."Without-Prejudice,Unlimited liability capacity,ALL RIGHTS RESERVED.

    Plaintiff Bruce Bernard Townsend,does authorize for this action the use of of his true name, Bruce Bernard Townsend as this matter is upon this living man illegal incarceration.

    Plaintiff comes now to provide facts and legal authority which show Plaintiff is entitled to relief. First Plaintiff will briefly rebuttal defendants Rule 12 claims as their position is shown to be completely without grounds further in this motion.

1. <u>Fed.R.Civ.P. 12(b)(1)</u>
    This motion entails <u>two</u> points, (1) the violation of §552 Privacy Act by the B.O.P and (2) the continued invalid/illegal custody of Plaintiff by Warden Jose Vazquez and Attorney General Alberto Gonzales.Being that two of the defendants are in the District of Columbia[Attorney general and the B.O.P] and the exhaustion of remedies is to the Central Office of the B.O.P in Washington,D.C jurisdiction is within the scope of the Court's authority.(see 18USc§4001 & 4001(a).

2. <u>Fed.R.Civ.P 12(b)(3)</u>
    Plaintiff accepts the defendants position for transfer of this claim but holds that it need to be clarified that this claim is not a claim that sentence is unconstitutional. This is a claim that conviction/custody is <u>void</u> and has been previously <u>invalidated</u> by 28USC§2072(b) [stare decisis] and supporting authorities of law. This being the claim it can be addressed by this Court if the Supreme Court and Congress statutory enactments and judicial rulings have <u>invalidated</u> this custody pursuant to 18USC§4001(a).

(1)

But Plaintiff is willing to transfer this claim only to the Southern District of Georgia, Savannah Division [his] trial court, if this Court finds this in the best interest to resolve a Federal Question.

3. Fed.R.Civ.P 12(b)(6)

Plaintiff provides the following in support of his claims, see Facts that Support Claims.

Let it be noted that this and the following grounds are to be accepted as a rebuttal to every point of the Defendants' Motion to Dismiss, as pursuant to F.R.Civ.P.§56. (see Affidavit Attached)

I.             FACTS THAT SUPPORT CLAIMS
              WHICH WOULD ENTITLE RELIEF

A.)     Plaintiff sets forth facts that establish that [he] his entitle to full judicial review and relief.

Plaintiff complaint is pursuant also to A.P.A as pursuant to the B.O.P's refusal to investigate and failure to coorect its records or atleast amend.

Pursuant to the Privacy Act the B.O.P was informed that conviction has been invalidated and that this needed to be investigated. THe B.O.P has not been requested to change a court document, but investigate if it has been invalidated by the Supreme Court and Congress's statutory enforcement[stare decisis] of 28USC§2072(b). For the Court documents need not to be changed by the B.O.P for the law has already been set that they are void of no force or effect.[see Defendant Motion page 3-4, section B]

Pursuant to the A.P.A, the B.O.P was moved to act/take action by filing a motion to the Court and/or a petition to the Attorney General.(see Newlin v. Helman,123 F.3d 429(7th Cir.1997))

For the B.O.P to take such an action is not outside of its policy or statutory duty. In one point the defendants stand on **statutory duty, but when informed of 28USC§2072(b) which is a Congressional and Supreme Court statute invalidating custody the defendants chose to ignore, not even investigating.**

Plaintiff asserts it is not outside of B.O.P policy or statutory duty to investigate such matters or filing a motion to Courts on matters of the Custody of an inmate.

For in 18USC§3582(c)(1)(A)(1).."the court upon motion of the Director of the Bureau of Prisons, may reduce the term of imprisonment,after considering the factors set forth in section §3553(a) to the extent that they are applicable, if it finds that—extraordinary and compelling reasons warrant such a reduction..".

The B.O.P also files motions or letters to the Courts for inmates that claim their sentence fails to calculate state or county jail time. Usually the Regional Counsels file these. Thereby establishing intentional and willful act of not investigating Plaintiff's request as provided to other inmates claims. **[Interrogatories were filed to show support to this claim]**

Plaintiff asserts that the B.O.P intentionally and willfully refused and failed to act after being given notice,thereby depriving this Plaintiff of a **"Liberty Interest"**. A Liberty Interest is being denied by not investigating and depriving Plaintiff of the applicability of 28USC§2072(b)'s invalidation of custody. (see **Meachum v. Fano**,49 L.Ed 2d 451(1976)...protectable liberty interest)

In **Sandin v. Conner**,132 L.Ed2d 418(1995) it was held that depriving a Liberty Interest is a due process violation,.."...those actions that unexpectedly alter the inmates term of imprisonment.".

**The Court has the right to determine whether an inmate is being deprived of a liberty Interest granted [him] by a rule,statute,or regulation promulgated by the government.**

Thereby the Defendants have misplaced their argument by never addressing 28USC§2072(b)[**stare decisis**], for the custody has been previously invalidated, the B.O.P just took an adverse decision to not investigate completely this matter.

B.)                        PRIVACY ACT /A.P.A
                              CAUSE OF ACTION

1.) **Adverse determination,is clearly the B.O.P's refusal to discontinue illegal custody. The B.O.P's refusal to investigate, depriving Plaintiff of a "Liberty Interest", thus subjecting Plaintiff to illegal custody,religious persecution,loss of wages, and separation from family.**

2.) **The B.O.P failed to maintain record's to a degree of accuracy necessary**

(3)

to ensure fairness. This is established by the fact that the defendants have not rebutted the fact that Plaintiff's custody is void/invalidated. This also establish by the record which shows the B.O.P determination not to investigate, removes any chance to ensure fairness. For as held the B.O.P has legal duty to inform the Attorney General of incorrect computations,as held in the §3585(b). (see <u>Ponzi</u>,66 L.Ed 607)

    3.) **Clearly had they not failed to investigate Plaintiff would not suffer any of the adverse effects of their determination not to investigate or file a motion.**

    4.) **The record of administrative remedies proves the fact it was intentionally and willfully, for they/defendant were informed and chose not act, thus an adverse determination without ensuring fairness by investigating fully the claims. Thus establishing a due process violation.**

C.)                               <u>**ACTUAL DAMAGES**</u>

    Plaintiff hereby moves to re-instate [his] claim for monetary damages. Being that administrative remedies provides proof of claims that B.O.P intentionally and willfully refused and failed to act after given notice,thereby depriving Plaintiff of a Liberty Interest. Liberty Interest is being deprived by failure to investigate and petition Attorney General to motion the Court for clarification if custody is illegal, thereby depriving Plaintiff of the applicability of 28USC§2072(b) invalidating of his custody.

    The actual damages sustained by this is the out of pocket formula of what Plaintiff could have been making had the defendant/B.O.P not refused. Being that Plaintiff went toDeVry College in Atlanta for Electronic Engineering and has C.A.D experience, and a current Book of Poetry the calculation was placed at $1,000.00 a day potential wage earning bringing the total to $209,000.00. Unless the defendants can prove that an investigation would not prove Plaintiff's custody is illegal, this Court is moved to <u>grant</u> actual damages of relief.

D.)                   <u>**PRIVACY ACT & 18USC§4007/18USC§4001(A)**</u>
                                       <u>**VIOLATION**</u>

    Plaintiff asserts that B.O.P provides upon its web-site and upon request of other agencies written records that state it holds this Plaintiff in legal custody, providing a date release.

So the exempt of I.C.F is irrelevant to this claim, but it should be placed in the B.O.P records it refuses to investigate its illegal custody of Plaintiff. (see<u>Doe v.U.S</u>, **781 F.2d 907,for de novo reiew**)

The B.O.P also receives funding from the U.S. Treasury for the Custody of this Plaintiff, pursuant to records that Plaintiff is committed in the B.O.P's custody legally as held in 18USC§4001(a). [see Defendants motion, page 3-4 sectionB]

Plaintiff moves for the B.O.P's public web-site stating this inaccuracy to be removed and for this information to not be transferred to any requesting agency, but instead stating Plaintiff is being held <u>illegally</u>.**[Privacy Act right]**

Plaintiff also moves this ceded claim by the defendants to be <u>granted</u>. As pursuant to 18USC§4007 the inaccurate record should not be sent to the U.S Treasury. Plaintiff moves pursuant to this that the removal of funding from the U.S. Treasury to the B.O.P for his custody be granted. Being that Plaintiff's custody is invalid, a violation of law, to inform the U.S. Treasury otherwise by the B.O.P violates the Privacy Act. This claim must be accepted as true since this is unobjected to by the defendants.

E.)　　　　　　　　　HABEAS CORPUS PETITION
　　　　　　　　　[JOSE VAZQUEZ & ALBERTO GONZALES]

Plaintiff accepts the defendants conceding to this claim,but still files supporting facts that entitle relief. Plaintiff also moves for the record to mark that the **<u>Privacy Act applies to the B.O.P only</u>** and the federal question of **<u>can the defedants maintaining an illegal/invalidated/void custody</u>** be applied to the defendants Warden Jose Vazquez & Attorney general Alberto Gonzales. [see <u>Defendants Motion page 9 section C</u>]

Plaintiff has presented to the defendants that his custody/conviction has been invalidated, for it was always void. This has not been rebutted even in the Defendants' motion to dismiss.

This Court is called to address this first pursuant to the Universal Declaration of Human Rights. For Plaintiff hereby invokes Article§3, Article§4, Article§6,

Article§7, Article§8, Article§9, Article§10, Article§11. Plaintiff also invokes the International Covenant on Civil and Political Rights, Part II Article, section 3(a),(b),(c). THereby moving this Honorable Court pursuant the United States obligation as a treaty state to the Universal Declaration of Human Rights for United Nations. Plaintiff Bruce Bernard Townsend, Public Minister invokes these Natural Rights must be recognized as a repose to the laws of nations.(see **28USC§1602, §1603,§1604) (also see 22USC§252)**

No one shall be held guilty of any penal offence on account of any act or omission which did not constitute a penal offence under national or international law, at the time when it was committed. This was held to establish a defense against charges of Slavery against the United States, thereby it is recognized by the United States as a legal review. Thus granting review in this parameter before this Court.

This Public Minister Bruce Bernard Townsend will provide proof that he is in custody illegally for alleged conduct that did not constitute a Federal Offense against the United States and has also been invalidated by the Supreme Court and Congress.

## OFFENSE AGAINST THE UNITED STATES

As the Government stated in charging instruments that BRUCE TOWNSEND is charged for a title 21USC drug crime against the United States. The complaint & indictment allege that the prohibited acts happened in the state of Georgia, the indictment provides proof that these alleged acts occurred outside the territory over which **Congress** has granted legislative **"authority"**. In the first position of Plaintiff cites the **United States v. Lopez, 514 U.S. 549 and Chisolm v. Georgia, 1 L.Ed 440(1793)** which dealt with the **"Constitutionally mandated division of Authority"**, which defined Federal Power/Authority. This point is further established by the holdings of Rule§1 and 28USC§2072(b). Thus establishing that it is accepted that the conduit through which all constitutionally delegated powers flow is **jurisdiction** and the holdings of the Supreme Court clearly show that the

case before this Court was outside the Constitutionally delegated **AUTHORITY**. Which was further explained in the **Interdepartment Committee for the Study of Jurisdiction Over Federal Areas within States, convened in 1957, and chaired by the then Assistant Attorney General,Mansfield D. Sprague during President Eisenhower administration.** In align with this Plaintiff finds imperative to the Government's claim that as pursaunt to **40USC§3111 a suffecent Title of the state of Georgia must be provided and as pursuant to 40USC§3112(b) & (c) proof that the head of the state of Georgia, the Governor has officially ceded the jurisdiction of Georgia to the Federal Authority.[This being Chatham County, Georgia]** However, **Article IV,section 3, clause 1 strictly prohibits such a concept of Georgia being a Federal territory.**

    **Plaintiff** provides now that an offense against the United States as pursuant to **18USC§3172(2) is established by the provided grounds.** Thereby as held pursuant to 28USC§2072(b) and Rule§1 this conviction/custody has be made invalidated due to it not being an offence against the United States. There by this Plaintiff is currently being held for a penal offense on account of that which did not constitute a penal offence against the United States.

    This establish that the law of nations if being violated. A self-executing treaty entered into by the United States in accordance with constitutional requirements which does not require legislation to carry these provisions into effect, is a municipal law as well as an international contract. The effect of the provision of supremacy clause of the Federal Constitution is to incorporate municipal law of the United States, and of each and every state, treaties entered into by the Federal government within the Constitutional limits of the treaty-making power, insofar as they affect individuals rights. Under such constitutional provisions a public treaty is not merely a compact or bargain to be carried out by the executive and legislative departments of general government, but a living law, operating upon and binding the judicial tribunals, state and federal; and these tribunals are under the same obligation to note it and give effect as they are to notice and enforce the Constitution and the laws of cCongress

made in pursuance thereof. (see <u>Asakura v. City of Seattle</u>,68 L.Ed 1041(1924)

Plaintiff will in further litigation address the constitutionality of 21 USC§801 and §841 as pertains to being constitutionally legislated by Congress or merely a Executive Order and its nexus jurisdiction of its application to state territories/50 states of the union.(see **<u>City of Boerne v. Flores</u>,521 U.S 507(1997) ..which held federal acts application to states is beyond Congress legislative authority under §5 of the 14th Amendment.)**

II.     <u>**CUSTODY PREVIOUSLY INVALIDATED /MADE VOID BY SUPREME COURT AND CONGRESS**</u>

Plaintiff Bruce Bernard Townsend sui juris, propria persona asserts that when Congress gave the Supreme Court the Power, pursuant to **28USC§2072(a)**,to prescribe general rules of practice and procedures and rules of evidence for cases in the United States District Courts, Congress also gave the Supreme Court the power to <u>repeal</u> all legislation contrary to said rules, **pursuant to 28USC§2072(b),** to wit:

> "(b) Such Rules shall not abridge,enlarge,or modify any substantial rights.All laws in conflict with such rules shall be of <u>no further force or effect after such rules have taken effect</u>".28USC§2072(b)
> (Emphasis Added)

As pointed out by Justice Marshal in <u>United States v. Wiltberger</u>, 5Wheat (U.S.)76,95, 5 L.ED 37,46: "The Rule that penal laws are to be constructed strictly is perhaps, not much old than construction itself, It is founded on the tenderness of the law for the rights of individuals;and on the plain principle that the power of punishment is vested in the legislature,not in the judicial department." <u>United States v. Boston & Me.R.R.</u>, 13 L.ED 2d 728(1965)

Taking this in account, it would appear that when Congress gave the power, pursuant to 28USC§2072 to prescribe rules of practice and from the simple reading of the Federal Rules of Criminal Procedure, it will be obvious that the Supreme Court has repealed all legislation which is to litigated in the United States distircit courts for any and all acts or conduct occurring outside the territory over which Congress has exclusive legislative jurisdiction, hence moniker "gate keeper" as herein assigned.

"Rule 1. Application and exception.

> a.)Courts. These rules apply to all criminal proceedings in the United States <u>district courts..</u>"(Emphasis Added)
> b.) Application of terms...As used in these rules,<u>the following terms have designated meanings..</u>(Emphasis added)
>
> 'Act of Congress' includes any <u>Act</u> of Congress locally applicable to and in force in the District of Columbia,in Puerto Rico,in territory or in an insular possession.(emphasis added)
>
> 'State' includes the District of Columbia,Puerto Rico, territory and insular possessions.
>
> 'Law' includes statutes and judicial decisions."

<u>FEDERAL RULES OF CRIMINAL PROCEDURES, RULE 1.</u>

From a reading of Rule 1, several things come to light as self evident conclusions from the rules themselves. First, the rules apply to all criminal proceedings in the territorial tribunals, the UNited States district courts. Second, the only legislation," Acts of Congress", recognized by the F.R.Cr.P to prosecutable in said territorial tribunals are those acts which have application within territory over which Congress possess exclusive territorial jurisdiction. This,by the way,puts Rule 1 entirely consistent with the Supreme Court's rulings in <u>LOpez</u>, <u>Balzac</u>, and <u>Hooven</u>. Third, the term **"State"** is limited for all criminal prosecutions to territory over which Congress has exclusive legislative jurisdiction. And fourth, Congress has legislated that <u>all</u> laws **(which includes statutes and judicial decisions as per F.R.Cr.P§1)** in conflict with the Supreme Court's rules "shall have no further force or effect after such rules have taken effect".

**Notice that pursuant to 28USC§2072(b), that F.R.Cr.P also <u>invalidates all judicial decisions, stare decisis, which are in conflict with said rules.</u>**

While the idea that the F.R.Cr.P trump legislation,"acts of Congress," or judicial decisions may raise doubt in the minds of some, the idea that such was intent of both Congress and the Supreme Court is reflected explicitly in the Commentary by David D. Seigal on the 1988 and 1990 revisions of Rule§54

on page 534 of Title 28,section 2072(USCA 1996),to wit:
> "the Second sentence of the new subdivision (b) of §2072 was a key player in the 1988 act. It's the famous <u>supersession clause,</u> purporting to subordinate all "laws," including Acts of Congress, to the rules promugated under subdivision (a)."(Emphasis Added)

Under that penal statues are to be <u>strictly construed,</u> including the Rules governing their effects, there can be no remaining doubt that Rule§54(**which**

(9)

**is now Rule 1)** under authority of 28USC§2072 limits all criminal proceeds in the UNited States District Courts to alleged criminal offenses committed in the territory over which Congress has exclusive legislative jurisdiction. Such has been explicitly set out in 18USC§§7 and 5.(see <u>Chisholm v. Georgia</u>,1L.Ed 440(1793)) (also see <u>Weinberger v. Rossi</u>, 456 U.S. 25(1982)...**all legislation of Congress is presumed to be territorial unless contrary intent appears in the Act(s)..)** Thus conclusively proving that the United States District Courts are infact and in law strictly territorial Tribunals which have limited jurisdiction over only those acts or conduct <u>occurring</u> within the United States territorial jurisdiction. **Note that Richard Nixon,by Executive Order(38F.R.18357 Drug Law Enforcement),transfered the congressional power of the Secretary into the hands of Attorney General of the United States,21USC§841(a)(1) and amended at 39 F.R.37986 October 25,1974.** The Plaintiff has been subject to loss of liberty for violation of interpretive regulations promulgated through rule making procedure of Title 5, subchapter 2, section 553, rule making of Administrative Procedure Act, published in the Federal Register at 36 F.R. 7799, April 24,1971 .Plaintiff contends that the administrative procedures Act,located at 5 USC 552, and the Federal Register Act, located at 44USC 1505, provide the means for determining which statutes in any given act of congress are applicable, within federal areas, and which statues have <u>general</u> applicability within territories belonging to the UNited States. Reviewing this with strong judicial notice of the original statute of §801 and the fact that 21USc§841 is and Executive Order. Thereby bringing the facts that **Commerce Clause was available to Congress as an appropriate, and the only vehicle by which it could have Constitutionally reached it's statutory proscription.** Plaintiff asserts that Congress is the only branch that can legislate enact laws. **The President can not legislate, <u>Edwards v. U.S</u>, 286 U.S. 483(1932). Showing further that Plaintiff is illegally in custody upon a void/invlaid conviction.** [Privacy Act claim is further established with this A.P.A question]

    Since the above set out portions of Rule§1 have been in effect since 1944 and since this Plaintiff was charged,tried, convicted, sentenced,and incarcerated

of were <u>prosecuted</u> for alleged acts <u>occurring</u> outside their applicable territory as defined in Rule§1, namely Georgia, Congress has legislated that said acts of Congress used to incarcerated this Plaintiff **have no force or effect in the UNited States District Courts, thus INVALIDATING this custody. But consequently the B.O.P and the custodians have failed to acknowledge when notified that their claim of jurisdiction of custody has been invalidated by Congress and the Supreme Court. Thereby continuing to maintain records that state they do have jurisidiction to custody.**

Plaintiff has exhausted remedies explaining this and the B.O.P and custodians have refused to investigate or provide proof of claim that the Supreme Court and Congress have not invalidated this custody. This simple Federal question of this illegal custody is the standings of this claim.

Plaintiff squarely ask that this motion be tried liberally as pursuant to **Haines v. Kerner**.

**Squarely submitted this** 20th **day of** April **, 2006C.E.**

/S/ [signature]


**I CERTIFY THAT I HAVE SENT A COPY OF THIS MOTION TO THE PARTY:**
**CLAIRE WHITAKER,AUSA**
**555 4TH STREET,N.W.,ROOM E-4204**
**WASHINGTON,D.C. 20530**

UNITED STATES district court
FOR THE DISTRICT OF COLUMBIA

Bruce Bernard Townsend,sui juris,   CIVIL ACTION NO.06-00149[RMU]
propria persona,Public Minister,
            PLAINTIFF,

-VS-

WARDEN JOSE VASQUEZ;ET.AL.,
            DEFENDANT(S).            /

## AMENDMENT TO OBJECTION MOTION

Plaintiff Bruce Bernard Townsend,sui juris,Public Minister still squarely standings upon [his] claims, but includes this in regards to a position it appears the Defendant(s) are seeking to push this Writ.

Plaintiff holds that upon transfer of this Writ to be considered by trying to construe this pursuant to the **Savings Clause,** should first be considered in light that this is not a challenge of sentence. But must be first addressed based on the fact that Plaintiff has **exhausted remedies, a point the Defendants have waived the right to challenge.**( see DelRaine v. Carlson,826 F.2d 698)

Plaintiff asserts that if this review of his claim is still placed in this light then it must be considered that **Acts of Congress and Supreme Court ruling have made Plaintiff's conviction that of a non-existent crime.**

Plaintiff holds that the standings of Rule§1/Rule§54 in align with the holdings of **28USC§2072(b) stating that anything in conflict with the said rules has no further "force or effect.**Thus establishing the Supreme Court has made a **stare decisis holding which is retroactively applicable.** This is also addressed in the original objection. If no offense against the United States has taken place as statutorily defined, then no Act of Congress is this Plaintiff committed to the custody of the B.O.P/Defendants.(see 18USC4001(a))

Congress enacted the Rules Enabling Act (28USC§2072) because it was found to not amend substantive rights, but actually make sure they are not abridge or modified as it applies to both the Plaintiff and Government. The substantive rights of this Plaintiff have been abridged ,thereby bringing Plaintif's claim

(1)

to the Federal question of a substantive right being violated thus causing this Plaintiff to be illegally incarcerated. In this instant the Bill of Rights has been circumvented by the Government, but the standings held in 28USC§2072 by the Supreme Court and Congress has invalidated the entire illegal procedures used to commit this Plaintiff into the custody of the B.O.P for a non-existent crime. Thereby establishing the illegality of this Custody is the question of this Writ and has the Supreme Court and a Act of Congress previously invalidated the custody/conviction that was clearly void. The claims established in the original objection shall be support for this amendment. Plaintiff just presented grounds to show that §2441 can proceed even under the Savings Clause and the fact that a Act of Congress has shown Plaintiff to be incarcerated for a non-existent offense against the United States.

Plaintiff move for this to be tried as pursuant to <u>Haines v. Kerner</u>.


Squarely submitted this 20th day of April ,2006

/s/ [signature]

UNITED STATES district court
FOR THE DISTRICT OF COLUMBIA

Bruce Bernard Townsend,Public
Minister,propria persona,sui
juris,
      Plainitff

CIVIL ACTION NO.06-00149[RMU]

-vs-
B.O.P;JOSE VAZQUEZ,WARDEN;
ALBERTO GONZALES,ATTORNEY
GENERAL,
      DEFENDANTS    /

## AFFIDAVIT/AVERMENT

I,Bruce Bernard Townsend,Public Minister,sui juris comes now to present this Affidavit/Averment to the best of my knowledge as the Truth,the whole Truth and nothing but the Truth, so help me GOD.

I. I Affiant Public Minister Bruce Bernard Townsend at all times relevant, claims all unalienable substantive rights,protections, at no time waiving or yielding up any unalienable substantive rights, protections, claimed and is brought under the jurisdiction of the American Flag of Peace, Title 4USC section1 and the African Flags of Peace, the Red,Gold and Green Flag of Ghana and Ethiopia, being Affiant is a Moorish/African Sovereign Man.

II. I Affiant Public Minister,am being held in illegal custody and as pursuant to 28USC§2072(b), Rule§1 and §841's not being legislated constitutionally by Congress. I have not received any evidence or Material facts from the defendants to prove otherwise.

III. I Affiant Public Minister have not seen any evidence that 28USC§2072(b) did not invalidate my conviction/custody with other supporting law.

IV. I Afffiant Public Minister have not seen any evidence or material facts why the B.O.P would not investigate or file a motion to the Court as it does in the cases of miscalculation of county jail time or state time as it does for other inmates. For the B.O.P's Regional Counsel's usually files atleast a letter to the Court to clarify and then the B.O.P recalculates the time. This has not taken place, for the B.O.P refuses to act.

V. I Affiant have exhausted my remedies.

VI. I Affiant have not seen any material facts that show that the B.O.P can receive funding from the U.S Treasury for an illegal incarceration, thus violating not only 18USC4007 but also 18USC4001(a).

VII. I Affiant Public Minister have suffered mental and physical injury during this illegal custody and the B.O.P's refusal as well as the Custodian refusal to investigate and petition the court for clarification.

AFFIDAVIT OF PUBLIC MINISTER--PAGE (1)

**cont..VII** I Affiant have suffered Religious Persecution and physical attacks as well as loss of wages and family ties, because the adverse decision not to investigate.

**VIII.** I Affiant Public Minister have not received evidence why this action can not be remanded back to the B.O.P to petition the Court if the holdings of Rule§1 and 28USC§2072(b) and §841 not being Congressionally enacted/legislated as law invalidated his custody. Thereby can they continue Custody once made aware of illegal custody, no evidence has been provided to show they can.

**IX.** I Affiant Public MInister has been deprived of a "Liberty Interest" that would have returned returned my Liberty/freedom allowing me to thus again provide properly for my family/children. The deprivation of this is actual damage of a minimum of a $1,000.00 a day equalling $209,000.00.

**I, Affiant have squarely provided this to the best of my knowledge.**

**Squarely submitted this** _20_ **day of** _April_ , 2006 C.E.

/s/ _____
Bruce Bernard Townsend, sui juris
foreign sovereign man

```
[        ]
[        ]
[        ]
[        ]
[        ]
[        ]
```
*Right thumb*

_Scott Johnson_
**WITNESS/NOTARY**

_April 20, 2006_
**DATE**

**AFFIDAVIT OF PUBLIC MINISTER---PAGE (2)**