# Exhibit C

ORIGINAL

AO 450 (Rev 5/85) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Bruce Townsend

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER   CV402-148

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court The issues have been considered and a decision has been rendered

**IT IS ORDERED AND ADJUDGED**

that in accordance with Court's Order dated September 30, 2002, Judgment is entered dismissing this case.

E. O. D.

9/30/02
DATE

9/30/02
Date

Scott L. Poff
Clerk

_Kailey Stephens_
(By) Deputy Clerk

GAS Rev 2/5/02