IN THE
UNITED STATES district court
DISTRICT OF COLUMBIA

RECEIVED
AUG 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Bruce Bernard Townsend, sui juris      CV.#06-00149(RMU)
propria persona,

-vs-

Jose Vazquez, Warden; et.al.      /

### RELEASE OF PRISONER ON PERSONAL RECOGNIZANCE
### PURSUANT TO RULE§23

    Bruce Bernard Townsend, sui juris, Petitioner comes now to move this Honorable Court pursuant to Habeas Corpus, Rule 23(a) and Rule 23(b)(1)/§23(b)(3).

    This Petitioner Bruce Bernard Townsend is currently being held in illegal custody, that has been invalidated by the Supreme Court and Congress in 28USC§2072. No evidence has been provided to contest this fact. Being that this Petitioner is suffering damages due to this custody, this Court is moved to consider [his] release pending the review of the pending action. Being that this Petitioner has only now 34 months left, but with the 500 hour drug program this Petitioner's has only 18months left. Therefore this Petitioner is can not be held to be a flight risk. This Petitioner is also classified as minimum security. Establishing that [he] can be released on his own personal recognizance.

    Being that this Petitioner is soon to be transferred to a Camp, it is moved for this Court to file an Order for a stay of transfer if it is found that Release pending review should be granted.

    May this Honorable Court squarely review this motion. Let this motion be tried liberally as pursuant to Haines v. Kerner.

Squarely submitted this 22nd day of August, 2006C.E.

/S/
Bruce Bernard Townsend, sui juris
Jesup FCI

CC.FILE

I CERTIFY A COPY OF THIS HAS BEEN SENT TO
CLAIRE M. WHITAKER, AUSA
555 4TH STREET, NW
SUITE E-4204
WASHINGTON, D.C. 20816

MOTION RULE§23 ----PAGE (1) OF (1)