RECEIVED
SEP 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE
UNITED STATES district court
DISTRICT OF COLUMBIA

Bruce Bernard Townsend,
living soul, Public Minister;
    Plaintiff,

-VS-

Jose Vazquez, Warden; et.al.,
    Respondents,    /

UNITED STATES district court
The Treaty of Marrakash of 1786
Treaty of Peace & Friendship of
1787. [Cv 06-00149 (RMU)]
22USC§252-Public Minister
"Moorish/Native Indigenous American-
Washitaw De Dugamoundya tribe"

ADMINISTRATIVE NOTICE AND DEMAND PRESENTED
BY AFFIDAVIT OF Public Minister Bruce Bernard Townsend

state OF GEORGIA
WAYNE COUNTY

I Bruce Bernard Townsend, am a sovereign, sui juris, Indigenous Moorish Native American of the Washita De Dugdamoundya tribe, follower of the Divine Laws of the Almighty Supreme Creator, first and foremost and the laws of man when they are not in conflict(Leviticus 18v.3,4). Pursuant to (Matthew 5v.33-37 & James 5v.12), let my yea be yea, and my nay be nay, as supported by Federal Public Law 97-280, 96 Stat.1211 . I have personal knowledge of the matters stated herein and hereby asseverate understanding the liabilities presented in Briscoe v. LaHue, 460 U.S. 325. Therefore I HEREBY COME TO GIVE THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH, SO HELP ME GOD.

I Bruce Bernard Townsend am a Indigenous Moorish-Israelite of the Native American Washita De Dugdamoundya tribe, who follows the ancient Nazarene ways of Israel. These ways are ways of the Indigenous Washita, Kashita, Seminole, Yuchi, and Cherokee...etc. The documentation of this fact is held in "A STAR IN THE WEST" by Elias Boudinot, President of the American Continental Congress. I am a Moorish/ Black-a-Moor of the tribes of Isrel, I am a descendant of Amraam. I am a native born American. I am not now nor have I ever been a citizen of the United States. My allegiance is to the Creator of the Universe.

I Bruce Bernard am protected by the Treaty of Marrakash of 1786 and the United Nation, Convention concerning Indigenous People. But the former Governor Ogelthorpe of Georgia in 1740A.D had guaranteed my people their indigenous rights to their land. The holdings of this agreement were not upheld, but the 13th Amendment of your Constitution upheld the required jurisdiction language, that has now been re-enforced by the Supreme Court and Congress in the Rule§1 and former §54 and the stare decisis holding of 28USC§2072(b). The standings of this have not been upheld by the B.O.P or investigated as required by law. In support of my exemption status I invoke the "The Convention Concerning Indigenous and Tribal In Independent Countries",Article I,section II. The Washitaw Moors are recognized by the United Nation and on July 2,1996 A.D was recognized as the oldest Indigenous people on Earth at the Sub-commission On Prevention of Discrimination and Protection of Minorities Working Group on Indigenous Population

(1)

Fourteenth Session in Geneva.

I Bruce Bernard Townsend have filed several Affidavits in support of my Writ, that have not been contested by the respondents. These Affidavits have been ceded to by the respondents. I have not seen any evidence that demonstrates that these Affidavits were not the facts of this case, therefore no legal assumption can override a factual presentation that has not been contested by a counter affidavit. I have not seen any evidence presented to show that 28USC§2072(b) did not apply to me. I have not seen any evidence presented that showed that my custody was not in conflict with the Federal rules. I have not seen any evidence that showed I had no Privacy Right to have [accurate]information placed on a public web-site and sent to other agencies such as the U.S. Treasury. I have not seen any evidence that showed that 18USC4001(a) could be violated without review and 18USC§4007 could be violated.

I Bruce Bernard Townsend place in a judicial notice that being that Affidavits have not been contested, the issuance of Order for me the living man to brought before this Court to be <u>heard</u>, since there is no dispute as to the facts this Order should be entered upon docket and Order upon the Warden Jose Vazquez to produce the body of this living man.

I Bruce Bernard Townsend have hereby in this Afidavit provided my <u>Offer</u> of <u>Proof</u>. The court can not refuse an Offer of Proof. "Allegations such as those asserted by petitioner,(a pro se litigant), however inartfully pleaded, are sufficient to call for the opportunity to offer suporting evidence. Accordingly, although we intimate no view on the merits of petitioner's allegation, we conclude that he is entitled to an opportunity to offer proof". See the principle of law quoted in <u>Haines v. Kerner</u>, 404 U.S. 519,522. These facts have been presented within this jurisdiction for mandatory judicial notice as pursuant to the Rules of Evidence.(28USC§2072)

Squarely submitted this 20th day of September, 2006

/S/ Bruce Bernard Townsend,Public Minister
[22USC§252],Moorish Native American
[Jesup FCI/09879-021]

WITNESS/NOTARY

DATE

Notary Public, Wayne County, Georgia
My Commission Expires March 17, 2009

(2)

<u>Certificate of Service</u>

I Bruce Bernard Townsend, certify that I have sent a copy to all concern parties.

9/20/06
DATE

~~[signature]~~
[UCC §1-207 / §3-419]