UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| BRUCE BERNARD TOWNSEND, | : | | |
| Plaintiff, | : | Civil Action No.: | 06-0149 (RMU) |
| v. | : | Document No.: | 8 |
| JOSE VAZQUEZ *et al*, | : | | |
| Defendants. | : | | |

## MEMORANDUM ORDER

### GRANTING THE DEFENDANTS' MOTION TO TRANSFER

In this case presented on a form for a writ of *habeas corpus* but filed under the Privacy Act, 5 U.S.C. § 552a, the plaintiff alleges that the United States Bureau of Prisons is relying on inaccurate information contained in his judgment and commitment order to make decisions affecting his custody. The plaintiff seeks removal of the information and $209,000 in damages. The defendants move to dismiss pursuant to Fed. R. Civ. P 12(b)(1), (b)(3) and (b)(6) or, in the alternative, to transfer the case to the Southern District of Georgia. The plaintiff "accepts the defendants' position for transfer." Objection to Defs.' Mot. to Dismiss and Acceptance of Their Ceding to Claims at 1. Given the multiple issues presented, including whether, as the defendants assert in their reply, the claim is barred by *res judicata*, the court determines that the interest of justice is better served by transferring the case.

Accordingly, it is by the court this 25th day of October 2006, hereby

**ORDERED** that the defendants' motion to transfer [9] is **GRANTED**; and it is

**FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1404(a), this case is **TRANSFERRED FORTHWITH** to the United States District Court for the Southern District of Georgia.

                                            RICARDO M. URBINA
                                        United States District Judge